# QUATELA | CHIMERI PLLC

Alexander E. Sendrowitz, Esq.
*Partner*
Direct Dial 631.652.6122
aes@qclaw.com

August 30, 2021

<u>VIA ECF</u>

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    RE: <u>Shoreline Aviation, Inc. v. Sound Aircraft Flight Enterprises, Inc., et al.</u>
       **Docket No. 20-cv-2161 (JMA)**

Dear Magistrate Judge Locke:

  Our firm represents non-parties Steven Tuma and his corporate entity, Sound Aircraft Services, Inc. ("SAS").

  After discussions with Ms. Herbst's attorney, we write to respectfully request the withdrawal of the pending motion to compel, filed by Mr. Tuma and SAS on August 25, 2021. (DE No. 68).

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            ALEXANDER E. SENDROWITZ

Cc: All Counsel, *via ECF*

---

Attorneys and Counsellors at Law

888 Veterans Memorial Highway, Suite 530 • Hauppauge, New York 11788
t. 631.482.9700 | f. 631.482.9707

320 Old Country Road, Suite 206 • Garden City, New York 11530
t. 516.444.4200 | f. 516.4444201

