# EXHIBIT B

Civil Action No. 2:20-cv-02161-JMA-SIL

## PROOF OF SERVICE

I received this subpoena for *(name of individual and title, if any)*   Camille R. Murphy

on *(date)*      03/14/2022      .

☑ I served the subpoena by delivering a copy to the named individual as follows:  I transmitted a true and correct

copy of the subpoena to Camille R. Murphy's Business Address via U.S. Certified Mail

on *(date)*    03/14/2022    ; or

☐ I returned the subpoena unexecuted because: _____ .

The witness was provided $40.00 as compensation for her attendance.

My fees are $   N/A   for travel and $   5.11   for services, for a total of $   5.11   .

I declare under penalty of perjury that this information is true.

Date:   3 / 23 / 2022

_____
*Server's signature*

Patrick Bravo – Director, Client Services
*Printed name and title*

216 E. 45th St - 4th Floor - New York, NY 10017
*Server's address*

Additional information regarding attempted service, etc.: