| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 11/2/22<br>TIME: 1:30 pm |

CASE:  **CV 20-2161 (JMA) Shoreline Aviation v. SAFE**

TYPE OF CONFERENCE:  MOTION                    FTR: 1:28-1:44

APPEARANCES:
  For Plaintiff:   Alex Kreigsman and Michelle Abatangelo

  For Defendant: Reed Skibell

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other:  Defendants' motion for discovery relief, DE [138], is granted for the reasons set forth on the record. Plaintiff's counsel will search the four email accounts addressed in the motion papers using the previously agreed upon search terms, and produce responsive documents not previously produced as a supplemental production.  The supplemental production will be served on or before December 2, 2022.  The parties will file a joint status report on December 16, 2022 indicating where they are in the discovery process and offering proposed dates for a conference to set a deadline to begin dispositive motion practice.

                                                    SO ORDERED

                                                     /s/Steven I. Locke
                                                    STEVEN I. LOCKE
                                                    United States Magistrate Judge