UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
SHORELINE AVIATION, INC. : Case No. 2:20-cv-02161-JMA-SIL
:
             Plaintiff, :
: **DECLARATION OF REID L.**
       v. : **SKIBELL**
:
SOUND AIRCRAFT FLIGHT ENTERPRISE, INC. :
*et. al.* :
:
             Defendants. :
:
---------------------------------------------------------------X

I**, REID L. SKIBELL**, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a member of the law firm Glenn Agre Bergman & Fuentes LLP, counsel for plaintiff, and I submit this declaration, based on my personal knowledge and review of evidence in this case, in support of defendant's motion for summary judgment.

2.    **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Cynthia L. Herbst, dated March 30, 2022.

3.    **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript from the deposition of Shoreline Aviation, Inc., by Andrea Collingwood, dated March 29, 2022.

4.    **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript from the deposition of Shoreline Aviation, Inc., by Andrea Collingwood, dated March 30, 2022.

5.    **Exhibit 4** is a true and correct copy of a document bearing the Bates numbers SAI010911 to SAI010913.

6.	**Exhibit 5** a true and correct copy of Plaintiff's Amended Objections and Responses to Defendants' Interrogatories, dated April 13, 2023.

7.	**Exhibit 6** is a true and correct copy of a document bearing the Bates numbers SAI000254 to SAI000257.

8.	**Exhibit 7** is a true and correct copy of a document bearing the Bates numbers SAI000358 to SAI000371.

9.	**Exhibit 8** is a true and correct copy of Plaintiff's Objections and Responses to Defendants' Requests for Admission, dated May 31, 2022.

10.	**Exhibit 9** is a true and correct copy of a document bearing the Bates numbers SAI000406 to SAI000411.

11.	**Exhibit 10** is a true and correct copy of a document bearing the Bates numbers SAI000034 to SAI000050.

12.	**Exhibit 11** is a true and correct copy of a document bearing the Bates numbers SAI003256 to SAI003258.

13.	**Exhibit 12** is a true and correct copy of a document bearing the Bates numbers to SAI003161 to SAI003233.

14.	**Exhibit 13** is a true and correct copy of excerpts of the deposition transcript of Mike Migliore, dated March 14, 2022.

15.	**Exhibit 14** is a true and correct copy of a document bearing the Bates numbers SAI005163 to SAI005170.

16.	**Exhibit 15** is a true and correct copy of a document bearing the Bates numbers SAI004784 to SAI004788.

17. **Exhibit 16** is a true and correct copy of a document bearing the Bates numbers HAS0002244 to HAS0002249.

18. **Exhibit 17** is a true and correct copy of a document bearing the Bates numbers SAI007755 to SAI007774.

19. **Exhibit 18** is a true and correct copy of a document bearing the Bates number SAI007421 to SAI007422.

20. **Exhibit 19** is a true and correct copy of a document bearing the Bates number SAI00047.

21. **Exhibit 20** is a true and correct copy of a document bearing the Bates number SAI000033.

22. **Exhibit 21** is a true and correct copy of a document bearing the Bates numbers Blade 0000609 to Blade 0000616.

23. **Exhibit 22** is a true and correct copy of a document bearing the Bates numbers Blade 0008161 to Blade 0008172.

24. **Exhibit 23** is a true and correct copy of a document bearing the Bates number HAS0002306.

25. **Exhibit 24** is a true and correct copy of a document bearing the Bates number HAS0002267 to HAS0002268.

26. **Exhibit 25** is a true and correct copy of excerpts of the deposition transcript of Ryan A. Pilla, dated June 8, 2022.

27. **Exhibit 26** is a true and correct copy of a document bearing the Bates numbers Blade 0006363 to Blade 0006366.

28.     **Exhibit 27** is a true and correct copy of a document bearing the Bates numbers SAI007875 to SAI007878.

29.     **Exhibit 28** is a true and correct copy of a document bearing the Bates numbers SAI006764 to SAI006765.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.*

Dated:   June 16, 2023

**Reid L. Skibell**

By:   */s/ Reid Skibell*
          Reid L. Skibell