# EXHIBIT 4

## Fwd: Sound

| | |
|---|---|
| From: | John Kelly (jkelly208@gmail.com) |
| To: | collingwood_a@yahoo.com |
| Date: | Tuesday, July 25, 2017 at 10:07 PM EDT |

---------- Forwarded message ----------
From: **John Kelly** <jkelly@shorelineaviation.com>
Date: Tue, Jul 25, 2017 at 9:07 PM
Subject: Sound
To: John Kelly <jkelly208@gmail.com>


--
John D. Kelly
Director of Operations
Shoreline Aviation, Inc.
office: 203-267-1818
dispatch: 800-468-8639
cell: 203-215-9028


--
John D. Kelly
Director of Operations
Shoreline Aviation, Inc.
office: 203-267-1818
dispatch: 800-468-8639
cell: 203-215-9028


Sound Aircraft Flight Enterprises.docx
13.7kB


Sound commissions.xlsx
12.5kB

Confidential Pursuant to Protective Order         SAI010911

In the past Shoreline Aviation has agreed that Sound Aircraft Services may retain 10% of all commuter sales, both prepaid and retail. This is a departure from our standard procedure of only allowing commission on the Flight Charges, net of Landing Fees, Taxes and other expenses (Launch service, etc.). We have also allowed Sound to collect 3.5% on all Credit Card transactions, a fee to which no other broker is entitled.

For this 13.5% of the gross, we have received an array of services which have included Commuter Reservations, charter bookings and fee collections, along with the preparation of flight manifests, check in services, baggage handling and expedited fueling for all our flights into and out of East Hampton.

In turn, we have promoted Sound Aircraft Services in all our marketing, featuring your telephone number and contact information in our advertising, and granting you exclusive rights to book seats on our commuter flights. We even pay you a full commission on commuter seats booked internally for our aircraft owners and regular clients.

Due to the events of the past year which are totally unrelated to our operations, we now find ourselves dealing with two separate entities, neither of which is providing service to the level that we have experienced in the past. In addition, we are being assessed a ramp fee of $50.00 per landing when we don't buy fuel. I know you don't see that the ramp fee is part of your problem, but in fact, the FBO personnel are an important part of the service equation, providing communications, passenger and baggage handling and aircraft support services. This was all included in the prior fee structure.

My initial suggestion was that we restructure the commission to adjust for the FET and landing fee costs, paying commission on the net flight charges. This was somewhat complicated due to the different pricing levels, and, as you were quick to point out could amount to as much as $25,000 shift in income over the course of the season. Your argument against this is that you were planning on that income. I understand that. Conversely, I was counting on a specific expense structure based on my past relationship with Sound Aircraft Services.

As a compromise, I am willing to grant you the full 10% commission on the prepaid commuter books (you have continued to take the full commission on the retail sales) if you are willing to absorb the ramp fees I am being charged so that my fee structure remains the same. This will come out to significantly less cost to you than restructuring the commission.

For example, Dee has calculated that during the period from 5/23 through 7/17 We would pay Sound Aircraft Flight Enterprises a full commission on 528 tickets at $53.50 ($28,248,00) and 152 tickets at $56.50 ($8,588.00) for a total of $36,836.00, less a deduction of $6,400.00 for ramp fees assessed during the same period. If this is acceptable to you, I will cut you a check for $30,436.00 for commission through 7/17. We can settle weekly from then on.

After consulting with Stan Mickett, I have agreed to deduct 16 hours of labor ($1,520.00) from the bill for the Annual Inspection, Wing Bolt AD, and Engine change. I know this was a large bill, but it encompassed three expensive events that, from a budgeting prospective, perhaps should not have been done all at once. We bent over backwards to get this airplane done and out in close to the required time and your lack of appreciation has been duly noted. I think perhaps after the season you should find another place to do your maintenance if you haven't managed to sell your business by then.

Confidential Pursuant to Protective Order                                    SAI010912

Shoreline Aviation
Sound Commissions - 2017

|  |  |  |  |
|---|---:|---:|---:|
| Gross | $ 535.00 | $ 565.00 | $ 595.00 |
| Net of FET (7.5%) | $ 497.67 | $ 525.58 | $ 553.49 |
| 6N7/HTO landing fees / 8 pax ($325/8) | $ (40.63) | $ (40.63) | $ (40.63) |
| Net to Shoreline | $ 457.05 | $ 484.96 | $ 512.86 |
| Commission Payable | $ 45.71 | $ 48.50 | $ 49.20 |
| Difference | $ 7.79 | $ 8.00 | $ 10.30 |

Confidential Pursuant to Protective Order                SAI010913