# EXHIBIT 11

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF SUFFOLK   )

1. Maureen Quigley, being duly sworn, deposes and says as follows.

2. I am a resident of the state of New York and reside in Hampton Bays.

3. I worked for Cynthia Herbst at Sound Aircraft Services ("SAS") and later Sound Aircraft Flight Enterprises ("SAFE") from approximately 1993 until May of 2018.

4. SAS (and later SAFE) was the exclusive booking agent for Shoreline Aviation, Inc. ("Shoreline"), and handled Shoreline's reservation requests, payment processing, customer communications, correspondence and passenger check in at East Hampton Airport.

5. As an employee of SAS and then SAFE, I answered phones and booked Shoreline customers on Shoreline charter and commuter flights between Manhattan and East Hampton, New York.

6. Cynthia "Cindy" Herbst was my supervisor.

7. Most of the Shoreline charter and commuter flights took place during the summer season in the Hamptons that generally runs from May into September.

8. Beginning in or around 2005, we would begin booking Shoreline customers on these summer flights in about March or April of the calendar year.

9. But in the spring of 2018, under Ms. Herbst's supervision, I was refusing to book reservations for Shoreline commuter customers in March or April.

10. These customers were calling and emailing me seeking to book commuter flights for the summer.

1

11. In March of 2018, at Ms. Herbst's direction, I began telling these Shoreline customers that the new system was not ready yet and to try back in a few weeks. This continued into late April of 2018, where I was still telling these customers that I was unable to book their flights.

12. These customers began getting frustrated because they had purchased tickets already in the form of coupon books. And many of these customers knew that in prior years they had been able to book these flights by March or April.

13. I was frustrated as well in that my job included booking flights for these customers and I was unable to do it. I was told by Ms. Herbst that we were waiting for a new reservation system to be implemented.

14. I wanted to book these customers using the old reservation system, which would have enabled us to do so. But Ms. Herbst instructed me not to. At her direction, I continued to inform these customers that the new system would be ready in a few weeks and I would be able to book them at that time. This continued into May of 2018.

15. Similarly, in early March of 2018, Shoreline commuter customers were asking me for the guaranteed seating form, sometimes referred to as the "mailer," that these customers would use to book flights for the upcoming season. This form could easily have been made available to these customers, but it was not. This continued into May of 2018.

16. In late April of 2018, Ms. Herbst asked me to meet with her, Ryan Pilla, Eduardo Fernandes and representatives from Blade. I assumed that meeting was to take place in Mr. Pilla's hangar at East Hampton airport. When I arrived, no one was

SAI003257

there. So I contacted Ms. Herbst and she instructed me that the meeting was taking place at the Car Doctor, Mr. Pilla's shop in Water Mill. I understood this to be the location so that Shoreline would not learn about the meeting.

17. Ms. Herbst was in negotiations with Blade regarding future business dealings and the Blade representative gave us a presentation about their reservations system.

18. Following the meeting with the Blade representatives, at Ms. Herbst's direction, I continued to instruct Shoreline commuter customers that I was unable to book their flights for the upcoming summer season. And these customers continued to express their frustration to me.

19. I complained to Ms. Herbst that I did not like the position I was being put in. Ms. Herbst did not respond to my concerns.

20. On May 7 of 2018 Ms. Herbst asked me to email her the list of Shoreline commuter customers. And I sent it to her on that same date. I sent her another list, at her request on May 8 of 2018, that included the guaranteed seating form.

21. During the approximately 25 years that I worked with Ms. Herbst I exchanged text messages with her that included business as well as well as personal messages.

*/s/ Maureen Quigley*
Maureen Quigley

Sworn to before me on the
15 day of September, 2021

*/s/* 
NOTARY PUBLIC

KATHERINE M. FRANK
Notary Public, State of New York
Registration # 01FR6329290
Qualified in Suffolk County
Commission Expires August 24, 2023

3