# EXHIBIT 18

**From:** okkman@yahoo.com
**Subject:** Fwd: Re: Booking systems
**Date:** February 1, 2018 at 1:23 PM
**To:** Joan Gitlin joan@shorelineaviation.com

---------- Forwarded message ----------
From: Cindy SAS <cindy@soundaircraft.com>
Date: Feb 1, 2018 12:07 PM
Subject: Re: Booking systems
To: John Kelly <jkelly@shorelineaviation.com>,Eric Atkins <okkman@yahoo.com>
Cc:

> Hi John,
>
> We have been in the process of developing a new custom reservation program for 2018.
> The same software developer that wrote the original program is writing this program as well. It will have some great new bells and whistles.
>
> I'll keep you posted on the progress.
>
> I hope your somewhere warm!
>
> Enjoy!
> Cindy
>
> On Jan 31, 2018, at 12:21 PM, John Kelly <jkelly@shorelineaviation.com> wrote:
>
>> HI Cindy,
>>
>> Just wanted to give you a heads up that Shoreline has purchased a new management program that will allow online booking and online payment. It will take care of our aircraft/pilot/maintenance management functions as well. We are still in the implementation stages and are learning the intricacies of the system, but it should be able to accept a portal that will allow Sound to book directly for your clients both for scheduled flight and charters. Payments can be accepted through your site or through the portal. Eric Atkins is spearheading the implementation of this program and you can reach out to him for more information. I am out of the country until next Wednesday, but we should arrange a time to get together and see how to make this work for both of us.
>>
>> Best Regards,
>>
>> --
>> John D. Kelly
>> Director of Operations
>> Shoreline Aviation, Inc.
>> office: 203-267-1818
>> dispatch: 800-468-8639
>> cell: 203-215-9028

Confidential Pursuant to Protective Order

SAI007421

10/20/21, 4:28 PM                         Shoreline Aviation, Inc. Mail - How Are We Doing?



Andrea Collingwood <andrea@shorelineaviation.com>

## How Are We Doing?
7 messages

**Shoreline Aviation, Inc.** <jkelly@shorelineaviation.com>                               Tue, Jul 17, 2018 at 3:00 PM
Reply-To: dispatch@shorelineaviation.com
To: andrea@shorelineaviation.com

Please check for accuracy



## Thank You for Your Support

To Our Loyal Customers –

As you probably know this season has had its share of unexpected challenges. When our broker of 24 years decided to work with our competition, we had to implement a new booking system, create a database manager, and hire new staff, all in a few days' time. We launched a program, TakeFlite, that manages our charter and commuter inventory and allows our customers to book flights directly online at shorelineaviation.com. Constant Contact became our database manager. We hired more dispatchers, including Maureen and Eddie, who quit their jobs at Sound Aircraft Flight Enterprises, and were kind enough to come on board to help us in East Hampton.

This was all happening at the time of year when we are concentrating on training our pilots and preparing our aircraft for the busy summer season. Throughout these challenges, we had one focus and that was making sure we continued to provide the highest level of safety and service to you – our customer. We would like to extend our heartfelt gratitude to you for hanging in there with us as we went through our administrative learning curve.

Other changes were made this year that we feel are important. Unless otherwise requested, our flights are now flown with two pilots. With the new booking system, you can book flights online or call and speak with a dispatcher to ask questions or book flights. We've added new destinations - Fire Island and Provincetown. We now have ten amphibious aircraft in our fleet, including three new Caravan EXs with more room for both passengers and cargo. We've continued to upgrade our other aircraft. All of our commuter aircraft now have the new, more powerful Pratt & Whitney turbine engines to enhance performance, making it easier to lift off the river and get you to your destination quicker. We are continuing to upgrade the aircraft navigation and communication systems, with XM Weather, Terrain Avoidance and Traffic Alert Systems and Synthetic Vision, for safer operations in all kinds of weather. GPS tracking lets our staff know where all our aircraft are at all times. Our staff now includes 6 dispatchers, 16 pilots and co-pilots, 10 maintenance

Confidential Pursuant to Protective Order                                                          SAI007422