# EXHIBIT 19



**Seaplane Services**

Sent 5/6/18

Dear Shoreline Aviation Customer,

Beginning May 1st 2018, our seaplane commuter and charter customers will be able to book directly with Shoreline Aviation, using our website, email, or toll free 800 number.

Check-in for flights at 23rd Street Seaplane Base will be at the Shoreline Aviation Kiosk, located inside NY Skyport's building. At East Hampton, check-in staff will be at the Sound Aircraft Services booth located in the main terminal.

You will be able to book your "commuter" flights between New York City and East Hampton directly on our Website at **shorelineaviation.com** or **flysai.com**. Like many airline websites, you simply go on, select your flight, and enter your name and credit card information. Frequent flyers will be able to save their information on a secure portal which will eliminate the need to re-enter user information on subsequent log-ins.

You may also request information on charter bookings and commuter seats by emailing us at either **dispatch@flysai.com** or **info@flysai.com**. If you prefer to continue to speak to a real person to book your flights, you may call us at **800-468-8639**.

Customers who "Like" us and follow us on Facebook or Instagram, will be able to receive up-to-the-minute information on seat availability and last-minute discounts.

Shoreline Aviation will continue to offer one-way flights between 23rd Street and East Hampton Airport on Thursdays and Fridays at 1:00, 3:00, 5:00, and 7:00 p.m. On Sundays our one-way flights from East Hampton to 23rd Street will operate at 4:30 and 6:30 p.m. Monday morning flights between East Hampton and 23rd Street will operate at 7:30 and 9:15 a.m. We will also offer regular weekend service to Shelter Island (Sunset Beach) and Montauk. Other flights may be added subject to customer requests. Watch our website for new services to Cape Cod, Provincetown, Martha's Vineyard, Nantucket and other great destinations in New York and New England.

As we've done in the past, we are offering our loyal customers **Commuter Books** of **10 one-way tickets at a cost of $5,950**, an $800 savings over the single seat price of $675. To take advantage of this offer please contact us by email or by phone. This offer expires on May 31st.

Kindly return the enclosed contact form so that we may keep you informed by text or email of upcoming schedule additions, up-to-date flight information, and any last-minute seat availability. We thank you for flying with Shoreline Aviation and look forward to seeing you this summer season.

Sincerely,


John D. Kelly
President

SAI000047