# EXHIBIT 20

---------- Forwarded message ----------
From: Cindy Herbst <cindy@soundaircraft.com>
Date: Mon, May 7, 2018 at 7:05 PM
Subject: A Message to our Valued Clients
To: Reservations Department <reservations@soundaircraft.com>

As you know, you purchased a ticket book for Summer 2018.

Unfortunately, it appears that Shoreline Aviation no longer wishes to work with Sound Aircraft Flight Enterprises. Without notice to us. Many of you have been our long-standing customers for more than 20 years. We truly appreciate and value the relationship we have built together and we would like to continue this relationship regardless of Shoreline's unexpected decision.

We are excited to inform you that we have transitioned to a new aviation platform for our by-the-seat commuter customers and your growing travel requests. By using this new platform managed by Blade, flight information such as weather delays and/or cancellations will reach you much quicker than in the past (including via text messaging and push notifications to your phone).

Additionally, you will have many more route choices and aircraft options as we will now be leveraging a network of trusted operators for the season. And not only will you have access to seaplane flights to and from E.23rd Street, you will also have the opportunity to fly between all NYC heliports, including West Side, East Side and Wall Street and Westhampton, Southampton, Sag Harbor, Montauk and Shelter Island.

You may choose to seek a refund from Shoreline for your pre-paid tickets. Once completed, we will gladly transition you to our new platform and honor that discounted pricing.

If you'd like to purchase additional ticket books, charters or individual seats on seaplane flights, please don't hesitate to contact us so we can continue to provide you with the same service as we have for the past 20 years.

Best regards,

Cindy

SAI000033