# EXHIBIT 23

Message

| | |
|---|---|
| From: | Dan Wolf [Dan.Wolf@capeair.com] |
| Sent: | 11/8/2018 7:00:45 PM |
| To: | John Kelly [jkelly208@gmail.com] |
| CC: | Mike Migliore [Mike.Migliore@capeair.com]; Andrea Collingwood [collingwood_a@yahoo.com] |
| Subject: | RE: Meeting |

Hi John,
Thank you for the update. We continue make good progress on the Boston end! We have meetings earlier and later that day but are open between 12:00 and 3:00. Any chance that you and Andrea could join us in Hyannis during that time frame? We will provide lunch! If not, we could look at Monday or the following week. Many thanks, Dan

**From:** John Kelly [mailto:jkelly208@gmail.com]
**Sent:** Thursday, November 8, 2018 10:51 AM
**To:** Dan Wolf <Dan.Wolf@capeair.com>
**Cc:** Mike Migliore <Mike.Migliore@capeair.com>; Andrea Collingwood <collingwood_a@yahoo.com>
**Subject:** Meeting

Hi Dan;

We have been working with our attorney and CPA on the ramifications of an asset sale rather than a Stock sale. There may also be some operational considerations, but we are willing to try and make an asset sale work if we can make the numbers come out right.

We get back to CT on Thursday night (11/15) and have a bunch of meetings set up for Friday and Monday. Can we possibly get together on Tuesday morning 11/20? I know you wanted to come to HVN for the next meeting, but we can come to you if that would work better for you. Let me know.

Best Regards,

--
John D. Kelly
President
Shoreline Aviation, Inc.
office: 203-267-1818
dispatch: 800-468-8639
cell: 203-215-9028