# EXHIBIT 24

Case 2:20-cv-02161-NJC-SIL   Document 153-29   Filed 12/18/23   Page 1 of 3 PageID #: 2532

| | |
|---|---|
| **Message** | |
| **From:** | John Kelly [jkelly@shorelineaviation.com] |
| **Sent:** | 12/5/2018 7:24:19 PM |
| **To:** | Dan Wolf [Dan.Wolf@capeair.com]; Linda A. Markham [LINDA.MARKHAM@capeair.com]; Mike Migliore [Mike.Migliore@capeair.com] |
| **CC:** | Andrea Collingwood [collingwood_a@yahoo.com] |
| **Subject:** | Revised Deal Structure |
| **Attachments:** | Response to Cape Air offer 12.05.xlsx |

Good afternoon,

I think you are all travelling today, but I wanted to get this to you for your review. We have updated aircraft loan balances and AR/AP etc. Also included some items we had not yet considered (mostly minor). Th big change is that Andrea and I need at least 2 to 2.5 years as an employment contract with Cape Air, instead of a consulting agreement. The balance can be taken over 2 to 2.5 years as a non compete directly to us or to an LLC we may establish for that purpose.

I think if we go ahead with this we can get aircraft and other asset documentation ready for a close before the end of the year, get leases established, and carry the rest into 2019. I have suggested some possible date changes for operational reasons. It might also be a good time to try and get an extension at current rates on our lease here at New Haven. They have delayed the rate increase due at 10/1/2018 until 1/1/2019, and we might be able to get it extended for another 2 -3 years at that rate.

Let me know when you have time to review. I am available at your convenience.

Best Regards,


--
John D. Kelly
President
Shoreline Aviation, Inc.
office: 203-267-1818
dispatch: 800-468-8639
cell: 203-215-9028

**EXHIBIT** Exhibit 10

**Deal Structure:**

| | | |
|---|---|---|
| Purchase Price | | $6,374,927 |
| **Adjusted for:** | | |
| Aircraft Loan balance | | |
| AR/AP etc. | | |
| Reduction in current ticket liability | | |

| | | | |
|---|---|---|---|
| | | Initial payment | $4,374,927 |
| | | pay-off of loan | $1,421,704 |
| | | Net B/S adj. | -$480,000 |
| | depending on final adjustments | Actual paid at Closing | $5,316,631 |

**Based on preliminary 11/30 P&L and Balance sheet**

$4,374,447 * $3,549,447 for Aircraft / $525K for Inv / $225K for Condo / $75K 2 Vehicles and Boat

| | | Interest | $1.5M |
|---|---|---|---|
| Cash Payment at Closing | | | |
| 2.5 yr Employment Contract (John) 1/1/2019 - 6/30/2021 | $250,000 John $100k per year plus Pass privileges, 401k | 9/30/2019 | $33,750 |
| 2.5 yr Empoyment contract (Andrea) 1/19/2019 - 6/30/2021 | $250,000 Andrea $100k per year plus 401k and health Insurance | 3/31/2020 | $15,000 |
| 5Yr Non-compete to JDK/AJC or to LLC | $1,500,000 3 payments of $500,000: 9/30/2019; 3/31/2020; 9/30/2020 plus Interest @ 3%. | 9/30/2020 | $7,500 |
| | | Total Interest | $56,250 |

Aircraft Loans will be paid off at Closing by Cape Air

$1,421,704 * Liens need to be released prior to closing
Lien Releases, Bill of Sales, Registrations at IATS / Cape Air funds IATS with
Loan Balances as per closing date (12/20?) IATS takes care of IR
Leases to Shoreline effective upon transfer of title.
Lease rate to Shoreline - $750 per hobbs hour - minimum of 10 hours per month
Shoreline fee to Cape Air for management - $5k per airplane per month

Aircraft Insurance Policy and Payments — Responsibility of Cape Air on transfer of Title.
Condo Fees / Auto Insurance / Marine Insurance — Responsibility of Cape Air on transfer of Title.

Net A/P, Cash, SH Loan, A/R at Closing — $480,000 * will reduce purchase price at closing
* all A/R, A/P, Cash with stay with Shoreline after closing

Current Fuel inventory? — $12,240 Cape Air purchases or Shoreline retains for operations?
3,000 gallons as of 11/30/2018

Cape Air assumes current ticket liability on B/S for 2019 — $95,795 * need to confirm at 12/31; $95,795 as of 11/30/2018

Additional pre-sold tickets for 2019 will reduce cash payment at closing — * Dec 1st Sale in progress - no receipts as of yet

Cape Air will fund January & February (March?) — $200,000 * $100k per month (maximum)

Employees will transfer on 3/1/19 — Maybe 4/1/2019 to close quarter; with some crew remaining with leased aircraft
until 4/30 or 5/31 to close out existing contracts

Need consent to transfer Hangar Lease on 3/1 — We can do this on 1/1/2019 and possibly negotiate an extension at current rates
(Current lease expires 9/30/2020)

Need new agreements with Mgmt. contracts on 3/1 — Perhaps 4/1/2019 or even 5/1/2019 for management aircraft in FL.