# EXHIBIT 28

| | |
|---|---|
| From: | **Joan Gitlin** joan@shorelineaviation.com |
| Subject: | Re: Seaplane Bookings - The Facts |
| Date: | May 15, 2018 at 12:31 PM |
| To: | DTopper@generalatlantic.com |

Hello David,

I am forwarding you the letter that we sent explaining the situation with Sound Aircraft.

I'm also sending our 2018 schedule.

I will have John Kelly give you a call to answer any questions.

Thank you,
Joan Gitlin

On Tue, May 15, 2018 at 11:35 AM, Shoreline Aviation, Inc. <jkelly@shorelineaviation.com> wrote:



To Our Seaplane Customers;

Many of our customers have asked why Shoreline Aviation and Sound Aircraft Flight Enterprises are no longer partnering to offer seaplane services as we have in the past. It seems that there is a lot of "misinformation" out there and we would like to offer some clarification.

Shoreline Aviation, Inc. has been in the seaplane business for 38 years. We have been providing seaplane commuter service to The Hamptons for 24 years. For all those years Sound Aircraft Services, as the premier FBO at East Hampton Airport, has been our exclusive booking agent. Last year, Sound Aircraft Services split into two separate companies. Sound Aircraft Services continues to operate the FBO and provides parking, fuel and passenger and luggage handling for the transient traffic at the airport. Sound Aircraft Flight Enterprises, headed by Cindy Herbst, took over responsibility for booking and servicing our commuter customers. As many of you know the service we (and you) received was not up to its previous standards.

Over the winter we attempted to resolve this with Cindy but made little progress. In early

April we were presented with a proposal in which Blade would take over the booking process; Blade would buy our entire commuter inventory (at about 70 cents on the dollar); and Blade would control the bookings and the seats. Had we agreed to work with Blade, there would be no guarantee that our long-time passengers would continue to get preferred access to our flights, and no way for a customer to be sure that they would be placed on a Shoreline aircraft and not an aircraft operated by another of Blade's providers. We declined the offer. We further informed Cindy that if she worked with Blade we were done.

Cindy made it clear she did not want to maintain the status quo, so we offered to buy her out at a price that was above the asset value, but worth the cost, as it would have maintained continuity for our passengers. She neither accepted nor declined the offer but stalled for time to answer.

By late April several customers called us directly, saying that they were unable to book seats for the summer. When we asked Cindy's staff what was going on, they refused to comment. A mailing, offering discount coupons for the summer, scheduled to go out in April was never sent. It became clear to us that Sound Aircraft Flight Enterprises was not honoring its commitment to provide service to our customers. They were going with Blade. We scrambled to set up our own reservations system and were successful in getting it, and a database management system, up and running in a matter of days. Our customers are now able to book directly with us and ensure that they are flying with the same company that has been providing them with seaplane service for the last three decades.

Shoreline Aviation does not work with Blade or any other App that uses multiple operators. We believe that you are entitled to the highest level of safe, efficient seaplane services whether you are flying to The Hamptons or anywhere from the Chesapeake Bay to Coastal Maine. Shoreline Aviation is committed to providing that service.

You can contact us directly through our website at **shorelineaviation.com,** by email at **dispatch@flysai.com,** or by phone at **1-800-468-8639.** We look forward to flying with you this summer and throughout the year!

Sincerely,

John D. Kelly
President

**Check Availability Here**

Hangar 3 • 60 Thompson Avenue • East Haven, CT 06512
Safely Serving Our Customers in New York & the Northeast Since 1980
800-468-8639

See what's happening on our social sites

 

Shoreline Aviation, Inc. | Hangar 3, 60 Thompson Avenue, East Haven, CT 06512

Unsubscribe {recipient's email}

Update Profile | About our service provider

Sent by jkelly@shorelineaviation.com in collaboration with