# EXHIBIT 1

Page 268

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
SHORELINE AVIATION, INC.,

                    Plaintiff,


          -against-                    Case No.
                                       2:20-cv02161
                                       JMA-SIL


CYNTHIA L. HERBST, SOUND AIRCRAFT
FLIGHT ENTERPRISES, INC., RYAN A.
PILLA, BLADE URBAN AIR MOBILITY,
INC., a/k/a FLY BLADE, INC., MELISSA
TOMKIEL, and ROBERT S. WIESENTHAL,

                    Defendants.

---------------------------------------X


                    March 30, 2022
                    8:30 a.m.
                    Virtual Zoom



          CONTINUED DEPOSITION of SHORELINE
AVIATION, INC., the Plaintiff herein, by ANDREA
COLLINGWOOD, taken by the Defendants, pursuant
to Rule 30(B)(6) of the Federal Rules of Civil
Procedure, and Notice, held at the
above-mentioned time and place, before Susan
Crane, a Notary Public of the State of New York.

1                        A. Collingwood

2       specifically.  They purchased coupon books, ten

3       coupon books so I assume each of them flew

4       approximately ten times throughout the course of

5       the summer.

6               Q       Do you know how these persons came

7       to book on Blade?

8               A       Yes.  Cindy took the customer list

9       and sold it to Blade, and then she lied to these

10      customers about the relationship between

11      Shoreline and her and Blade.

12              Q       Ms. Collingwood, what is that

13      based on?

14              A       Based on Blade documents.

15              Q       Do you know if these persons

16      booked on Blade before 2018?

17              A       I would assume so just because if

18      they couldn't get on a Shoreline flight, they

19      may have taken Blade.  They were our customers

20      for years and bought coupons from us for a

21      number of years.

22              Q       So if they booked on Blade before

23      2018, Blade would have their customer

24      information, correct?

25              A       It's possible.

```
                                      Page 276

 1                  A. Collingwood

 2        Q       It's my understanding that Blade

 3   advertises heavily in the New York and Hamptons

 4   area, correct?

 5        A       Yes, that's correct.

 6        Q       And many people try out Blade's

 7   application, right?

 8        A       Yes.

 9        Q       And Blade offered a lot of

10   amenities that Shoreline didn't offer, right?

11                     MR. KRIEGSMAN:   Objection.

12        A       Like?   I'm not sure what you mean

13   by that.

14        Q       All right.  You are aware that if

15   Blade were to cancel a flight, it would arrange

16   for a Porsche to take someone from New York to

17   the Hamptons, correct?

18        A       Yes.

19        Q       You didn't offer that service I

20   take it?

21        A       No, we didn't.  We offer an

22   aircraft and mechanics and staff.  And Blade is

23   an app, so they had all sorts of money to spend

24   on Porsches and we did not.

25        Q       And Blade also offered a lounge,
```

Page 277

```
 1                    A. Collingwood
 2   right?
 3         A      Yes.
 4         Q      Where was that lounge located?
 5         A      It was located at the 23rd Street
 6   Seaport.
 7         Q      I take it you do not offer a
 8   lounge?
 9         A      We did for a period of time.
10         Q      When did you stop offering a
11   lounge?
12         A      When the company stopped
13   operating.
14         Q      Between 2018 and 2019, did you
15   have a lounge at the 23rd Street Seaport in New
16   York City?
17         A      We did in 2019.  I don't remember
18   if we did in 2018.
19         Q      How did your lounge compare to the
20   Blade lounge?
21         A      We didn't serve cocktails to
22   people that were about to get on a seaplane.
23         Q      Blade served cocktails to people I
24   take it?
25         A      Yes.
```

1                        A. Collingwood

2          Q        Were there other amenities that

3      Blade offered that you didn't offer?

4          A        I'm not sure what amenities they

5      offered.

6          Q        Let's take John Berg.  This is the

7      first person that you list here.  Now, if I

8      understand your testimony, John Berg purchased a

9      Blade coupon book; is that right?

10                          MR. KRIEGSMAN:  Objection;

11                   misstates prior testimony.

12         A        Yes, according to the documents

13     from Blade I believe he bought a ten-passenger

14     book.

15         Q        Do you know which documents you

16     are referring to?

17         A        There are a number of them.

18     Apparently they are created in their accounting

19     program.

20         Q        And so do you know why Mr. Berg

21     came to purchase a ten pack of tickets in 2018?

22         A        From Blade because Cindy, our

23     agent in the Hamptons, sold our customer list to

24     Blade.  They were all targeted to purchase their

25     coupon books from Blade.  We know that because

```
                                            Page 279
 1                    A. Collingwood
 2    we have seen the list from the Blade documents.
 3          Q      You don't know if Blade already
 4    had the customer information for Mr. Berg, do
 5    you?
 6          A      All of the customer lists went
 7    over I believe at the same time.
 8          Q      You don't know if Blade had
 9    Mr. Berg's customer information before 2018, do
10    you, Ms. Collingwood?
11          A      Before the end of 2018?
12          Q      Before Ms. Herbst provided
13    anything to Blade, do you know if Mr. Berg was
14    listed on Blade's customer list?
15          A      I don't know that.  I don't know.
16          Q      Do you know if any of these
17    persons had booked on Blade before Ms. Herbst
18    gave them --
19          A      No, but I know they were Shoreline
20    customers for a number of years.
21          Q      It could be that Blade actually
22    already had the customer information for all of
23    these 34 people before Ms. Herbst provided them
24    with anything, correct?
25          A      They may or they may not, but we
```

Page 280

1                    A. Collingwood

2    know on May 7 Cindy sent our customer list to

3    Blade.

4          Q      So let's go back to Mr. Berg for a

5    second.  Do you know if Mr. Berg purchased a ten

6    packet of tickets because he liked the ability

7    to take a Porsche if his flight was cancelled,

8    was it or for some other reason?

9          A      I have no idea.

10         Q      Do you have any idea why any of

11   the 34 persons purchased a ten pack of tickets

12   from Blade?

13         A      Well, because Cindy gave the

14   customer list to Blade, and then she contacted

15   these people and lied to them about being dumped

16   by Shoreline and so they went with her and

17   Blade.

18         Q      Or they might have gone because

19   they liked to have free cocktails before their

20   flight, right?

21         A      They could have had free cocktails

22   anyway; Blade would let Shoreline customers have

23   cocktails as well.

24         Q      They may have liked other

25   amenities that Blade offered, correct?

1          A.  Collingwood

2                    MR.  KRIEGSMAN:   Objection;

3               calls for speculation.

4                    MR.  SKIBELL:   This whole

5               thing calls for speculation.   This

6               is pure speculation.

7                    MR.  KRIEGSMAN:   I know that

8               you love to speculate, Reid.   You

9               can ask all the questions you

10              want, but I'm going to note all of

11              my objections.

12                   MR.  SKIBELL:   All right,

13              sounds good.

14         Q      Ms. Collingwood, this is pure

15    speculation on your part that these persons were

16    contacted by Ms. Herbst, right?

17         A      No.

18         Q      How do you know that any of those

19    persons listed there were contacted by

20    Ms. Herbst?

21         A      Well, we know from Blade

22    documents.

23         Q      Which Blade documents are you

24    referring to?

25         A      There's a slew of documents from

1                    A. Collingwood

2      Blade that indicate that our customer list was

3      given to them by Cindy on May 7 and that they

4      went after these customers.  It's in all of the

5      documents.  There's a load of them.  There's

6      Excel files.  There's our list, itself, from

7      Cindy.  I mean there's lots of evidence that

8      proves that that's what happened.

9              Q      I'm asking, Ms. Collingwood --

10             A      There's also e-mails in addition

11     to the documents between Cindy and the customers

12     and Blade and the customers.

13             Q      Which of the 34 persons did

14     Ms. Herbst individually e-mail, if any?

15             A      Probably most of them.  They would

16     have all gotten the letter that she sent out on

17     May 7 after we sent out our letter.

18             Q      You are suggesting that these

19     persons were diverted because she sent out a

20     mass e-mail to persons like the March 7 e-mail

21     that we looked at earlier?

22             A      March 7?  I'm sorry, what happened

23     on March 7?

24             Q      I'm trying to understand your

25     testimony.  You are claiming that these 34

Page 283

                          A. Collingwood

1

2    persons you believe would have received a mass

3    e-mail from Blade; is that right?

4          A     No, from Cindy.

5          Q     You believe these persons received

6    a mass e-mail from Ms. Herbst?

7          A     Yes, that's correct.

8          Q     Do you know if any of them were

9    individually contacted by Ms. Herbst?

10         A     I'm sure she contacted most of

11   them, but I don't know that for certain.

12         Q     Can you identify any here that

13   Ms. Herbst individually contacted?

14         A     I'm sure she contacted all of

15   them.

16         Q     Can you identify any?

17         A     I know that because they didn't

18   come back to Shoreline and because we have Blade

19   documents that prove that is the case.

20         Q     Ms. Collingwood, can you identify

21   any one of these 34 persons that was

22   individually contacted by Ms. Herbst?

23         A     All of them.

24         Q     On what days did she contact these

25   persons?

Page 284

1                    A. Collingwood

2          A        She started with May 7.

3          Q        Just to be clear, I'm not asking

4     about mass e-mails, I'm asking about individual

5     communications between Ms. Herbst and these

6     persons.  Do you know if she individually

7     contacted any of the persons listed in

8     Paragraph 107?

9          A        According to the Blade documents,

10    yes, she did.

11         Q        You are saying that because she

12    sent a mass e-mail to these persons; is that

13    correct?

14         A        No, I'm talking about the Blade

15    documents and subsequent e-mails.

16         Q        Can you tell us which subsequent

17    e-mails shows that she individually reached out

18    to persons in 107?

19         A        As far as I know, she targeted all

20    of these people.

21         Q        Can you identify any documents

22    showing that she reached out to the specific

23    persons in 107 individually?

24         A        That is indicated by the Blade

25    documents.

Page 285

1                          A. Collingwood

2          Q      Ms. Collingwood, can you tell us

3   which documents you are referring to when you

4   say "the Blade documents"?

5                          MR. KRIEGSMAN:  Objection;

6                    asked and answered several times.

7                    Go ahead and answer.

8          A      There are loads of them.

9          Q      Can you can't tell us any specific

10  ones?

11         A      There are accounting sheets, the

12  customer list, itself.  There are e-mails

13  between Cindy and the customers, between Cindy

14  and Blade and some of the staff at Blade.  They

15  targeted people.

16         Q      You are assuming that because

17  these persons stopped booking with you, that

18  they did it because of actions by Ms. Herbst,

19  correct?

20         A      That is correct.

21         Q      You don't have any specific

22  knowledge why these 34 persons decided to stop

23  booking with Shoreline, do you?

24         A      Because Cindy lied to them.

25         Q      Do you have any specific knowledge

```
                                              Page 286
 1                    A. Collingwood
 2   of why these 34 persons decided to stop working
 3   with Shoreline?
 4                    MR. KRIEGSMAN:  Asked and
 5               answered.
 6        A     Isn't this asked and answered?
 7                    MR. KRIEGSMAN:  He didn't
 8               like the answer.  Asked and
 9               answered.
10                    MR. SKIBELL:  I don't
11               agree.
12                    MR. KRIEGSMAN:  She gave
13               you an answer.
14        Q     Ms. Collingwood, the answer is
15   that you don't know, right?  That is the answer?
16        A     I didn't say I didn't know.
17                    MR. KRIEGSMAN:  Objection;
18               misstates prior testimony.
19        Q     You don't know why these 34
20   persons stopped booking with you?
21        A     That's not what I said.
22        Q     How do you know why these 34
23   persons stopped --
24                    MR. KRIEGSMAN:  Hold on.
25               Objection.  You don't get around
```

Page 287

 1                    A. Collingwood

 2                    asked and answered by yelling at

 3                    the witness, Mr. Skibell.

 4                    Objection.

 5                         MR. SKIBELL:  Alex, you are

 6                    misstating the record on purpose.

 7                         MR. KRIEGSMAN:  We all

 8                    heard you yell at the witness,

 9                    Reid.

10                         MR. SKIBELL:  That is not

11                    appropriate, Alex.  You know what

12                    you are doing.

13                         MR. KRIEGSMAN:  You know

14                    what I'm doing, I'm objecting.

15         Q     I will ask you again,

16    Ms. Collingwood.  Do you have any specific

17    information as to why these persons decided to

18    stop booking with your company?

19         A     I have Blade documents.  I have

20    e-mails, and we had phone calls from customers.

21    We have all sorts of evidence that that was

22    going on.

23         Q     Have you talked to any of these 34

24    persons?

25         A     I don't recall.

Page 288

1                    A. Collingwood

2          Q       Did you reach out to any person

3     that you thought was diverted and ask why they

4     stopped booking with Shoreline?

5          A       No, we knew why.

6          Q       If I understand correctly, at this

7     time in 2018 your husband passed away, correct?

8          A       My husband passed away in 2019.

9          Q       I apologize.  Do you know if these

10    persons decided to stop booking with Shoreline

11    because your husband was no longer with the

12    company?

13         A       No, my husband was still with the

14    company.

15         Q       How about in 2019, you allege

16    persons stopped booking flights with Shoreline

17    in 2019, correct?

18         A       No, in 2018.  We are talking about

19    2018.

20         Q       I'm going to direct you to

21    Paragraphs 112 and 119.  I'm going to ask you a

22    few questions about these.  Ms. Collingwood, I

23    want to first direct you to Paragraph 114.  Can

24    you explain what is alleged there?

25         A       This is about the tactics that

Page 289

1                    A. Collingwood

2    Blade used to prevent our customers from having

3    access to the aircraft in a timely fashion and a

4    whole bunch of other issues that came up.

5            Q      Can you summarize what Blade did

6    to sabotage Shoreline's business?

7            A      Well, they blocked our signage.

8    On a couple of occasions they diverted one of

9    our passengers to a Blade flight.  Their pilots

10   were sitting -- their aircraft was sitting on

11   the dock for periods of time so that our

12   passengers couldn't load or disembark.  There

13   were many things that they did to make life

14   difficult.

15               They also plastered all of their

16   advertising all over the dock, which is a public

17   facility and was not supposed to have any

18   advertising on it.  I'm not sure how that

19   happened, but anyway, they did a lot of things

20   to sabotage our operation.

21           Q      Did that start in 2018?

22           A      Yes.

23           Q      Did it hurt Shoreline's business

24   in 2019?

25           A      Yes.

Page 290

1                          A. Collingwood

2          Q      Could it have been responsible for

3     those 34 persons deciding to book with Blade

4     instead of Shoreline?

5          A      No, that was long before this

6     stuff started.  Not long before, but maybe a

7     month or two.

8          Q      A month or two before, I see.

9     Now, with respect to this conduct by Blade, you

10    allege that Ms. Herbst was involved in efforts,

11    for example, to block Shoreline Aviation's

12    advertising?

13         A      No, but Cindy did other things

14    that hurt.  For instance, having -- they started

15    to book their flights for earlier than 8:00 in

16    the morning.  Historically none of the flights

17    were supposed to arrive in the City before

18    8:00 a.m.  That was to respect the local

19    residents.  You know, these were policies that

20    Cindy knew that she shared with Blade.

21         Q      Ms. Collingwood, I'm asking about

22    the efforts you described by Blade to sabotage

23    Shoreline Aviation's business.  I'm trying to

24    understand.  You allege that Ms. Herbst was

25    involved in these efforts by Blade to sabotage

Page 291

```
 1              A. Collingwood
 2    Shoreline's business?
 3         A    I think she probably took part in
 4    it.
 5         Q    Can you identify any of this
 6    conduct by Blade that you believe Ms. Herbst
 7    took part in?
 8         A    I think she shared a lot of
 9    information.  We had e-mails from customers
10    stating that this kind of thing was going on.  I
11    have no doubt that Cindy was feeding into it.
12         Q    Paragraph 116 alleges that
13    "Blade's aircraft would sit on the dock for up
14    to 20 minutes while Shoreline Aviation's planes
15    were in the river."  Do you see that?
16         A    Yes.
17         Q    Do you have any reason to believe
18    that Ms. Herbst had any involvement with how
19    long Blade's aircraft was sitting on the dock?
20         A    I think that the information she
21    provided to Blade led to this kind of thing.
22    For instance, Shoreline Aviation had a fabulous
23    record for being on time and it meant a lot to
24    us.  I think that if they heard that from Cindy,
25    it could have created a problem for us.  I'm
```

Page 292

1                    A. Collingwood
2    sure there was all sorts of information she
3    shared with them.
4         Q    Do you have any information
5    specifically tying Ms. Herbst to how long
6    Blade's aircraft was sitting in that river?
7         A    We have e-mails, you know, about
8    some of the conduct.
9         Q    The conduct between Paragraphs 112
10   and 119, do you have any information suggesting
11   that that caused any person not to book with
12   Shoreline?
13        A    Well, we have some e-mails where,
14   you know, customers were lied to and they got on
15   a Blade flight.  I don't know.  You know, I know
16   that there were all sorts of shenanigans going
17   on, and I'm sure that Cindy was helping them
18   with that.
19        Q    Let's take Paragraph 119.  This
20   relates to allegations that there was filming
21   going on.  Do you know if this caused any person
22   to not book with Shoreline?
23        A    I don't know directly.  I just
24   know that it was harassment towards our staff
25   and to the staff at Sound.

Page 293

```
1              A. Collingwood
2       Q      You don't know any specific
3  persons that would not book a flight with
4  Shoreline because of it, right?
5       A      There may be, I have no way of
6  knowing that.
7       Q      For 121 it reads, "As a result of
8  defendant's actions, Shoreline Aviation's total
9  commuter revenue for flights in and out of East
10 Hampton Airport decreased approximately 33
11 percent in 2018 and 40 percent in 2019,
12 suffering damages in the amount of $850,000 in
13 2018 and $980,000 in 2019."  Do you see that,
14 Ms. Collingwood?
15      A      Yes, I see it.
16      Q      How did you arrive at the number
17 of decreased flights out of East Hampton of 33
18 percent in 2018?
19      A      We knew our revenue was down
20 between 2017 and 2018 as a result of
21 Ms. Herbst's actions.
22      Q      I'm asking about the number of
23 total commuter revenue down by 33 percent in
24 2018.  Is there any financial analysis that
25 shows the 33 percent decrease?
```

Page 294

```
 1                    A. Collingwood
 2         A       There are profit and loss
 3    statements.
 4         Q       Those are profit and loss
 5    statements for all of Shoreline's business
 6    operations?
 7         A       Well, you are asking specifically
 8    about the commuters.
 9         Q       Is there anything broken out that
10    shows commuter revenue for flights in and out of
11    the East Hampton Airport in your profit and loss
12    statement?
13         A       I made this sheet that I'm sure
14    you have (indicating).
15         Q       I'm familiar with what you are
16    showing.  I can't see what you are showing us.
17         A       Can you see that?
18                       MR. KRIEGSMAN:  It is a
19                       document that was produced in
20                       discovery that shows "E-paid to
21                       Sound Aircraft/Sound Aircraft
22                       Flight Enterprises/Cindy Herbst
23                       2006, 2018."  I think there are
24                       two of these.  One goes from 2001
25                       to 2019 and one is from 2006.
```

Page 295

```
 1                    A. Collingwood
 2         Q      You are referring to a document
 3    that shows commissions paid to Ms. Herbst; is
 4    that correct?
 5         A      It is showing the number of
 6    commuters, the commuter income, the commuter
 7    commission, and charter revenue.  So, for
 8    example, between 2017 when we had 4,131
 9    commuters and in 2018 we had 2,679.
10         Q      So let's start with 2018.  Do you
11    know how the weather was in 2018 compared to
12    2017?
13         A      Actually, I have that on
14    spreadsheets.  You should have this as well.
15         Q      Ms. Herbst, can you tell me what
16    documents you have in front of you today?
17         A      I'm not Ms. Herbst.
18         Q      Ms. Collingwood, can you tell us
19    what documents you have in front of you today?
20         A      These are my husband's Excel
21    analyses that he did for Ms. Herbst every year
22    at the end of the season.  There is a section of
23    it, it's not on this particular sheet, but there
24    was a section of the document that records the
25    weather and how many flights or passengers might
```

Page 296

1                    A. Collingwood

2      have been lost as a result of weather

3      conditions.

4            Q      What does that show the difference

5      is between 2017 and 2018?

6            A      I don't have the full document

7      with me for 2016.  I have that information, but

8      not for 2017 and 2018.  I have to fold these up

9      so I can read them.

10           Q      Do you know how 2019 compared to

11     prior years?

12           A      In terms of commuters there were

13     2,420, so it went down considerably.

14           Q      Do you know how the weather in

15     2019 compared to prior years?

16           A      I wasn't aware of a whole lot in

17     the summer of 2019.

18           Q      With respect to the decrease in

19     revenue, do you know how that impacted your

20     costs?

21           A      I'm sorry, I don't understand the

22     question.

23           Q      Do you know if your costs went

24     down between 2017 and 2018?

25           A      Our costs for what?

```
                                           Page 297
 1                    A. Collingwood
 2          Q       Your costs for the operation of
 3   the business for flights in and out of East
 4   Hampton.
 5          A       Did our costs go down?  Our
 6   revenue went down.  I have no idea about the
 7   costs.
 8          Q       Am I correct that when you stopped
 9   working with Ms. Herbst, you no longer paid
10   Ms. Herbst for commissions, correct?
11          A       That is correct, but I had --
12   well, I had to hire other people to take her
13   place.
14          Q       That meant you made ten percent
15   more by not paying her commission?
16          A       Are you talking about the
17   commission in 2018?
18          Q       I'm asking about your costs in
19   2018 as compared to 2017.  My question to you,
20   Ms. Collingwood, is in 2018 you no longer had to
21   pay a ten percent commission, correct?
22          A       We had already paid her a $65,000
23   commission for which Ms. Herbst didn't do what
24   the terms of her contract were.
25          Q       In 2018 and 2019 you no longer had
```

1                    A. Collingwood

2      to pay commission from flights to Ms. Herbst,

3      correct?

4           A       That's correct, we had to pay

5      employees instead.

6           Q       You allege that Ms. Herbst is

7      responsible for you needing to hire persons?

8           A       Yes.

9           Q       Can you tell us why Ms. Herbst is

10     responsible for you hiring persons?

11          A       Because she didn't fulfill her

12     contractual obligations to us.

13          Q       She was required to --

14          A       She took the commissions and she

15     did not book the flights or the passengers.  She

16     instead lied to them and diverted the customers

17     to Blade.

18          Q       I'm asking about the allegation

19     that you had to hire staff.  Can you tell us

20     what you did that required you to hire staff?

21          A       Well, they had to answer the

22     phone.  They had to book the flights, create the

23     manifests.  We hired I think there were four

24     different people, one of whom was to work on the

25     dock, something we hadn't had to do before, just

Page 299

```
 1                    A. Collingwood
 2   to prevent Blade from trying to solicit our
 3   customers.  In the document it says that there's
 4   $238,000 to replace the staff.
 5          Q      Would she be obligated to work for
 6   Shoreline forever?
 7          A      We had an indefinite agreement.
 8   Cindy never notified us that she wasn't going to
 9   fulfill her obligations to us.  She took the
10   commission money.
11          Q      I'm not asking about the
12   commission money for the flights she booked.
13   I'm trying to understand the obligation to
14   replace staff.  Was Ms. Herbst obligated to work
15   for Shoreline forever?
16          A      Well, she had to give us
17   reasonable notice if she wasn't going to, and
18   she never did that.
19          Q      What is reasonable notice?  How
20   long is that?
21          A      Well, I would assume it would be
22   at least a month or more.
23          Q      What is that assumption based on?
24          A      Just business.
25          Q      Did you ever discuss with
```

```
 1                    A. Collingwood
 2   Ms. Herbst what you considered to be reasonable
 3   notice?
 4        A     I did not.  I don't know what she
 5   discussed with my husband.
 6        Q     If Ms. Herbst had told you on
 7   April 1, 2018, that she no longer wanted to work
 8   with you, wouldn't you need to have to hire
 9   people to replace Ms. Herbst?
10        A     If she had informed us --
11                  MR. KRIEGSMAN:  Objection;
12                  calls for speculation.  Go ahead
13                  and answer.
14        A     If she had notified us that she
15   wasn't going to fulfill the terms of her job, we
16   would have had to find a replacement.
17        Q     Ms. Herbst wasn't responsible for
18   the replacement of your staff?
19        A     She is responsible for having not
20   notified us when she took our customer list and
21   sold it to our competitor.
22        Q     If she had given you notice
23   earlier, you would have needed to hire the same
24   people, correct?
25                  MR. KRIEGSMAN:  Objection;
```

```
                                        Page 301

 1                   A. Collingwood

 2                   calls for speculation.

 3        A       If she had given us notice?  Is

 4    that what you are asking me?

 5        Q       Yes, Ms. Collingwood.

 6        A       If she had given us notice, then

 7    we would have had to replace her.

 8        Q       Going back to 121, am I correct

 9    that in 2019 Shoreline started working together

10    with Cape Air?

11        A       Yes, that's correct.

12        Q       And started using the TakeFlite

13    system to book customers; is that correct?

14        A       We started to use the Cape flights

15    right after Cindy left us.  That was the summer

16    of 2018.

17        Q       Do you know if any of the decrease

18    in revenue between 2017 and 2019 was caused by

19    customers who decided they didn't want to fly

20    with Cape Air?

21        A       Well, we were still offering

22    Shoreline Aviation and the same staff was in

23    place.

24        Q       Do you know if there were

25    customers that no longer decided to fly with
```

Page 302

```
 1                      A. Collingwood
 2     Shoreline and was then working with Cape Air?
 3            A      No.
 4            Q      Do you know if any customers
 5     didn't want to book with Shoreline because they
 6     didn't like the TakeFlite system?
 7            A      I don't think that had any impact
 8     on the customers.
 9            Q      Are you familiar with the concept
10     of loads?
11            A      Loads?
12            Q      Isn't that the amount of flights
13     that are available?
14            A      Yes.
15            Q      When you have less loads or less
16     flights available, you can fly less people,
17     correct?
18            A      Actually, what happened was when
19     Cindy took our customers over to Blade, we ended
20     up flying fewer people on flights just to keep
21     those passengers, just to keep the customers
22     with us.  Our minimum had always been four
23     people and we ended up flying with one or two
24     passengers because we had to now compete with
25     Blade and with Cape.
```

Page 303

1              A. Collingwood

2      Q      My question is about loads.  Do

3  you know how Shoreline's load in 2017 compared

4  to 2018?

5      A      No, I don't know.

6      Q      Do you know how Shoreline's load

7  in 2017 compared to 2019?

8      A      No, that's not something that I

9  would have focused on.  My husband might have

10  known, but I don't.

11      Q      It could be one of the reasons for

12  fewer customer revenues because you were

13  offering fewer flights, right?

14                  MR. KRIEGSMAN:  Objection;

15              calls for speculation.

16      A      I can't answer that.

17      Q      Because you don't know the amount

18  of loads?

19      A      I don't.  I don't know and I'm not

20  going to speculate.

21      Q      Am I correct that flying an

22  aircraft is expensive for things like jet fuel;

23  is that right?

24      A      Yes, that's right.

25      Q      If you are flying less flights,

Page 304

```
 1                    A. Collingwood
 2   your costs typically go down as well, right?
 3        A      Not if you are flying less
 4   customers because you don't have them anymore.
 5        Q      Do you know if you were flying
 6   less flights in 2017 as compared to 2018?
 7        A      I don't think there was a great
 8   difference in the number of flights because we
 9   were trying to retain people in 2018.
10        Q      But you don't have any numbers one
11   way or the other compared to whether you were
12   flying less flights in 2017 compared to 2018?
13        A      I don't know, Mr. Skibell.
14        Q      How about 2019, do you know if you
15   were flying less flights in 2019 as compared to
16   2017?
17        A      I don't know.  As I said, I wasn't
18   paying as much attention in 2019.
19        Q      It's possible that even though
20   revenue went down, costs could have also gone
21   down, right?
22                    MR. KRIEGSMAN:  Objection;
23                    calls for speculation.
24        A      I really can't answer that.
25                    MR. SKIBELL:  Let's go to
```

Page 308

1                    A. Collingwood

2        Q      And so am I correct that profits

3    are normally revenue minus costs, right?

4        A      Usually.

5        Q      In this case is Shoreline seeking

6    profits, lost profits?

7        A      We are seeking loss of revenue.

8        Q      So you are not seeking lost

9    profits at all?

10                    MR. KRIEGSMAN:  Objection;

11                it calls for a legal conclusion.

12                Answer the question as best as you

13                can.

14        A      It consists of 1.35 million from

15    lost revenue from both commuter and charter

16    flights.

17        Q      As you sit here today do you know

18    if Shoreline lost any profits from the alleged

19    conduct of Ms. Herbst and the other defendants?

20        A      Yes, absolutely.

21        Q      Do you know how much lost profits

22    it had?

23        A      Not specifically.

24        Q      Can you identify any lost profits

25    that it had?

```
 1                     A. Collingwood
 2         A      It's in the documents, but I don't
 3    know off the top of my head, no.
 4         Q      Let's look at another document.  I
 5    believe this should be Number 15.  Are you
 6    familiar with an affidavit in this case provided
 7    by Camille Murphy?
 8                          MR. KRIEGSMAN:  I'm going
 9                     to ask you to hold on so I can
10                     pull this up as well.
11         Q      Ms. Collingwood, are you familiar
12    with the affidavit of Camille Murphy?
13         A      I have seen it.
14         Q      Do you know who Ms. Murphy is?
15         A      Yes.
16         Q      Can you tell us who she is?
17         A      She was our CPA for over 35 years.
18         Q      To your knowledge, did someone ask
19    her to submit this affidavit?
20                          MR. KRIEGSMAN:  I'm going
21                     to instruct the witness not reveal
22                     to any communications you may have
23                     had with counsel.  Without doing
24                     that, answer as best as you can.
25         A      I'm sorry, I forgot what the
```