# EXHIBIT 2

3:26 PM
02/24/22
Accrual Basis

# Shoreline Aviation Inc
## Profit & Loss
### October 2016 through September 2017

|  | Oct '16 - Sep 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Bahamas Revenue** | |
| Aircraft Lease | 154,880.00 |
| Bahama Charter Fees | 23,680.00 |
| Custom/Landing Fees | 971.25 |
| Pilot Expense - Bahamas | 1,318.20 |
| Reiimbursed Fuel & Expenses | 19,942.11 |
| **Total Bahamas Revenue** | 200,791.56 |
| **Caribbean Income** | |
| **BVI Revenue** | |
| BVI Charter Fees | 294,716.40 |
| BVI Fees | 3,425.00 |
| BVI L/Fees | 500.00 |
| **Total BVI Revenue** | 298,641.40 |
| **Total Caribbean Income** | 298,641.40 |
| **Charter Revenue** | |
| A/C Lease | 0.00 |
| Cancellation Fees | 18,750.00 |
| Charter Fees | 780,570.04 |
| Charter Fees (Brokers) | 9,485.90 |
| Commission | 6,520.50 |
| Sound Commuter Fees | 2,619,351.66 |
| **Total Charter Revenue** | 3,434,678.10 |
| **Launch Fees** | 6,250.01 |
| **Reimbursed Expenses** | |
| Aircraft Expenses | 137,586.21 |
| Fuel | 339,297.35 |
| Ground Transportation | 500.00 |
| Insurance | 2,000.00 |
| Pilot Expenses | 61,897.99 |
| **Total Reimbursed Expenses** | 541,281.55 |
| **Services** | |
| Aircraft Management | 206,500.00 |
| Customer Maintenance | 1,221,949.67 |
| Hangar Rental | 191,700.00 |
| Pilot Services | 360,350.00 |
| **Total Services** | 1,980,499.67 |
| **Training Income** | 6,300.00 |
| **Total Income** | 6,468,442.29 |
| **Cost of Goods Sold** | |
| Aircraft Fuel Expense | 420,521.81 |
| Aircraft Insurance | 124,860.00 |
| **Bahamas Expense** | |
| Airline | 5,424.92 |
| Commission | 12,000.20 |
| Fuel | 5,672.46 |
| Landing/Handling/Parking  Fees | 127.32 |
| Maintenance | 5,387.43 |
| Pilot Expense | 2,914.57 |
| **Total Bahamas Expense** | 31,526.90 |
| **Caribbean Operations** | |
| Advertising | 1,025.00 |
| **San Juan, PR - Expenses** | |
| Landing/Handling/Parking Fees | 100.00 |
| Maint./Parts | 27.36 |

Page 1

Confidential Pursuant to Protective Order

SAI007979

## Shoreline Aviation Inc
## Profit & Loss
### October 2016 through September 2017

|  | Oct '16 - Sep 17 |
|---|---:|
| **Travel Expenses** |  |
|    Airlines | 76.00 |
|    Taxi/Auto/Parking/Tolls | 36.40 |
| **Total Travel Expenses** | 112.40 |
| **Total San Juan, PR - Expenses** | 239.76 |
| **Virgin Islands Expenses** |  |
|    Aircraft Fuel | 58,257.70 |
|    Airline | 7,796.90 |
|    Catering | 547.99 |
|    Charter Revenue to Clients | 62,500.00 |
|    Commissions | 300.00 |
|    Housing | 8,637.04 |
|    Landing/Customs/Handling Fees | 16,445.34 |
|    Maintenance | 7,898.73 |
|    Payroll | 90,500.00 |
|    Pilot Expenses | 6,130.02 |
|    Subcontractor | 600.00 |
| **Total Virgin Islands Expenses** | 259,613.72 |
| **Total Caribbean Operations** | 260,878.48 |
| **Charter Expenses** |  |
|    Broker Charter Fees | 18,440.00 |
|    Catering | 4,867.97 |
|    Charter Revenue to Clients | 728,500.00 |
|    Commission expense | 297,836.00 |
|    Ground Transportation | 960.00 |
|    Landing/Handling/parking Fees | 343,215.77 |
| **Total Charter Expenses** | 1,393,819.74 |
| **Maintenance** |  |
|    Freight | 8,352.95 |
|    Outside Maintenance | 145,835.11 |
|    Parts | 922,376.78 |
|    Shop Supplies | 24,725.31 |
|    Subcontractor | 12,170.20 |
|    Subscriptions | 3,524.77 |
| **Total Maintenance** | 1,116,985.12 |
| **Payroll - Mechanics** | 427,361.08 |
| **Payroll - Pilots** | 325,982.72 |
| **Pilot Expenses** |  |
|    Housing/Hotels |  |
|       Utilities | 1,796.08 |
|       Housing/Hotels - Other | 40,817.00 |
|    **Total Housing/Hotels** | 42,613.08 |
|    Pilot Expense | 11,859.85 |
|    Transportation |  |
|       Airlines | 8,768.45 |
|       Rental Cars & Taxis | 3,893.23 |
|    **Total Transportation** | 12,661.68 |
|    Pilot Expenses - Other | 2,000.00 |
| **Total Pilot Expenses** | 69,134.61 |
| **Subcontractor Expense** | 231,250.00 |
| **Total COGS** | 4,402,320.46 |
| **Gross Profit** | 2,066,121.83 |

3:26 PM
02/24/22
Accrual Basis

# Shoreline Aviation Inc
# Profit & Loss
### October 2016 through September 2017

|  | Oct '16 - Sep 17 |
|---|---:|
| **Expense** |  |
|   **Advertising & Marketing Expense** | 32,165.80 |
|   **Aircraft Equipment & Supplies** | 28,438.01 |
|   **Amortization Expense** | 1,490.00 |
|   **Automobile Expense** | 3,130.55 |
|   **Bahamas Expenses** |  |
|     Advertising | 8,471.13 |
|     Car Rental/Lease | 245.10 |
|     Gas/Tolls/Parking | 151.15 |
|     Hotel | 2,604.03 |
|     Parking Fees | 309.11 |
|   **Total Bahamas Expenses** | 11,780.52 |
|   **Bank & Credit Card Fees** | 46,090.80 |
|   **Caribbean Expenses** |  |
|     **BVI Expenses** |  |
|       Advertising | 12,697.43 |
|       Automobile Expenses | 6,564.67 |
|       Housing | 246.34 |
|       Office Expense | 1,923.12 |
|       Property Tax | 596.04 |
|       Telephone | 3,840.37 |
|       Utilities | 4,982.00 |
|       BVI Expenses - Other | 1,025.00 |
|     **Total BVI Expenses** | 31,874.97 |
|     **Condo - Unit - L4 Coakley Bay** |  |
|       Condo Association Dues | 11,733.40 |
|     **Total Condo - Unit - L4 Coakley Bay** | 11,733.40 |
|   **Total Caribbean Expenses** | 43,608.37 |
|   **Charitable Donations** | 8,667.20 |
|   **Consulting Fees** | 1,762.50 |
|   **Depreciation Expense** | 1,077,074.00 |
|   **Drug Testing/PRIA** | 1,823.58 |
|   **Dues and Subscriptions** | 32,775.09 |
|   **Employee Activities** | 3,227.25 |
|   **Filing Fees** | 215.00 |
|   **Finance Charges/Late Fees** | 2,561.24 |
|   **Hangar Equipment Supplies** | 553.89 |
|   **Hangar/Tiedown** |  |
|     Rent-Hangar & Office | 151,750.00 |
|     Utilities | 19,825.56 |
|   **Total Hangar/Tiedown** | 171,575.56 |
|   **Insurance** |  |
|     Auto | 10,995.00 |
|     Bond | 3,300.00 |
|     Work Comp | 38,456.00 |
|   **Total Insurance** | 52,751.00 |
|   **Interest Expense** |  |
|     Loan - Interest | 55,565.72 |
|   **Total Interest Expense** | 55,565.72 |
|   **Launch** |  |
|     Docking Fee | 2,500.00 |
|     Fuel | 2,016.70 |
|     Insurance | 1,685.00 |
|     Maintenance | 189.00 |
|     Registration | 67.50 |
|     Subcontractor-Launch | 16,500.00 |
|   **Total Launch** | 22,958.20 |

3:26 PM
02/24/22
Accrual Basis

# Shoreline Aviation Inc
## Profit & Loss
### October 2016 through September 2017

|  | Oct '16 - Sep 17 |
|---|---:|
| **Lease - Audi** | 3,019.39 |
| **Licenses/Permits/Registrations** | 1,740.00 |
| **Maintenance Expense** |  |
|    Training | 673.74 |
|    Travel - Airfare | 1,001.29 |
|    Travel - Meals | 413.82 |
|    Travel - Mileage | 187.30 |
|    Travel - Parking/Tolls | 15.00 |
| **Total Maintenance Expense** | 2,291.15 |
| **Miscellaneous** | 1,500.00 |
| **Office Expenses** |  |
|    Computer Expense | 5,373.34 |
|    Office Rent | 12,000.00 |
|    Office Supplies | 10,913.61 |
|    Postage and Delivery | 1,270.18 |
|    Office Expenses - Other | 20.00 |
| **Total Office Expenses** | 29,577.13 |
| **Payroll** |  |
|    401K Expense/Safe Harbor match | 32,817.85 |
|    Advantage Fees | 3,741.16 |
|    Employee Benefits | 68,322.85 |
|    FUTA | 1,191.74 |
|    NYUI | 145.00 |
|    Office | 192,879.04 |
|    Owners | 336,000.00 |
|    SS/Medicare | 94,379.93 |
|    SUTA | 23,021.32 |
| **Total Payroll** | 752,498.89 |
| **Professional Fees** |  |
|    Accounting | 13,770.00 |
|    Legal Fees | 6,342.50 |
| **Total Professional Fees** | 20,112.50 |
| **Reconciliation Discrepancies** | 0.00 |
| **Repairs** |  |
|    Auto | 2,150.38 |
|    Building Repairs | 379.03 |
| **Total Repairs** | 2,529.41 |
| **Seabird Yachts** |  |
|    Docking/Mooring Expense | 10,457.06 |
|    Filing Fees | 250.00 |
|    Insurance | 5,396.00 |
|    Repairs/Maintenance | 2,323.30 |
| **Total Seabird Yachts** | 18,426.36 |
| **Storage** | 3,699.59 |
| **Taxes** |  |
|    Property | 3,372.38 |
|    State | 11,824.00 |
| **Total Taxes** | 15,196.38 |
| **Telephone** | 19,583.08 |
| **Trade Show** | 20,974.06 |
| **Training Expense** | 11,510.00 |
| **Travel & Ent** | 1,059.69 |
| **Total Expense** | 2,501,931.91 |
| **Net Ordinary Income** | -435,810.08 |

3:26 PM
02/24/22
Accrual Basis

# Shoreline Aviation Inc
## Profit & Loss
### October 2016 through September 2017

|  | Oct '16 - Sep 17 |
|---|---:|
| **Other Income/Expense** | |
| **Other Income** | |
| Gain on sale of assets | 3,500.06 |
| Interest Income | 1,647.61 |
| Other Income | 92,329.98 |
| **Total Other Income** | 97,477.65 |
| **Net Other Income** | 97,477.65 |
| **Net Income** | -338,332.43 |

Confidential Pursuant to Protective Order    SAI007983