# EXHIBIT 3

3:25 PM
02/24/22
Accrual Basis

# Shoreline Aviation Inc
## Profit & Loss
### October 2017 through September 2018

|  | Oct '17 - Sep 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Bahamas Revenue** | |
| Aircraft Lease | 240,735.00 |
| Bahama Charter Fees | 610.00 |
| Custom/Landing Fees | 675.75 |
| Pilot Expense - Bahamas | 6,412.00 |
| Reiimbursed Fuel & Expenses | 17,675.42 |
| **Total Bahamas Revenue** | 266,108.17 |
| **Caribbean Income** | |
| **BVI Revenue** | |
| BVI Rental Fees | 31,700.00 |
| **Total BVI Revenue** | 31,700.00 |
| **Total Caribbean Income** | 31,700.00 |
| **Charter Revenue** | |
| Cancellation Fees | 7,130.00 |
| Charter Fees | 999,125.47 |
| Charter Fees (Brokers) | 11,617.40 |
| Commuter Fees | 1,012,386.39 |
| Sound Commuter Fees | 767,116.76 |
| **Total Charter Revenue** | 2,797,376.02 |
| **Florida Revenue** | |
| Expenses | 1,345.34 |
| Florida Charter | 96,108.51 |
| Fuel | 500.00 |
| Landing/Paraking/Ramp Fees | 7,638.80 |
| Overnight | 4,300.00 |
| Pilot Services | 2,550.00 |
| **Total Florida Revenue** | 112,442.65 |
| **Launch Fees** | 12,600.00 |
| **Reimbursed Expenses** | |
| Advertising | 300.00 |
| Aircraft Expenses | 215,543.09 |
| Fuel | 480,917.48 |
| Ground Transportation | 46.52 |
| Insurance | 1,500.00 |
| Pilot Expenses | 80,715.12 |
| **Total Reimbursed Expenses** | 779,022.21 |
| **Services** | |
| Aircraft Management | 316,000.00 |
| Customer Maintenance | 796,193.98 |
| Hangar Rental | 315,600.00 |
| Outside Maintenance | 57,754.50 |
| Pilot Services | 568,026.87 |
| **Total Services** | 2,053,575.35 |
| **Training Income** | 7,705.00 |
| **Total Income** | 6,060,529.40 |
| **Cost of Goods Sold** | |
| Aircraft Fuel Expense | 548,204.48 |
| Aircraft Insurance | 74,381.51 |

3:25 PM
02/24/22
Accrual Basis

## Shoreline Aviation Inc
## Profit & Loss
### October 2017 through September 2018

|  | Oct '17 - Sep 18 |
|---|---:|
| **Bahamas Expense** | |
|   Airline | 5,186.33 |
|   Commission | 750.00 |
|   Fuel | 4,447.90 |
|   Landing/Handling/Parking Fees | 1,863.68 |
|   Maintenance | 699.55 |
|   Pilot Expense | 2,857.22 |
| **Total Bahamas Expense** | 15,804.68 |
| **Caribbean Operations** | |
|   San Juan, PR - Expenses | |
|     Pilot Expenses | 1,178.18 |
|     Travel Expenses | |
|       Airlines | 1,209.81 |
|     Total Travel Expenses | 1,209.81 |
|   Total San Juan, PR - Expenses | 2,387.99 |
|   Virgin Islands Expenses | |
|     Airline | 1,685.51 |
|     Landing/Customs/Handling Fees | 684.33 |
|     Maintenance | 206.00 |
|     Pilot Expenses | 1,261.20 |
|   Total Virgin Islands Expenses | 3,837.04 |
| **Total Caribbean Operations** | 6,225.03 |
| **Charter Expenses** | |
|   Catering | 3,756.32 |
|   Charter Revenue to Clients | 790,815.00 |
|   Commission expense | 85,801.50 |
|   Ground Transportation | 60.00 |
|   Hangar Expense | 3,500.00 |
|   Landing/Handling/parking Fees | 330,706.01 |
| **Total Charter Expenses** | 1,214,638.83 |
| **Florida Expenses** | |
|   Aircraft Expenses | 231.80 |
|   Airline | 5,281.30 |
|   Car/Taxi | 2,396.03 |
|   Commission Expense | 1,630.00 |
|   Custom Fees | 1,446.00 |
|   Fuel | 20,323.42 |
|   Hotel | 1,728.61 |
|   Landing Fees | 8,774.63 |
|   Maintenance | 423.91 |
|   Pilot Expense | 2,216.15 |
|   Rent | 5,950.00 |
|   Subcontractor | 1,600.00 |
|   Tiedown | 400.00 |
| **Total Florida Expenses** | 52,401.85 |
| **Maintenance** | |
|   Dock Repair | 343.99 |
|   Freight | 16,404.33 |
|   Labor | 895.90 |
|   Outside Maintenance | 206,742.76 |
|   Parts | 40,679.52 |
|   Shop Supplies | 34,116.18 |
|   Subcontractor | 36,561.85 |
|   Subscriptions | 10,451.89 |
|   Maintenance - Other | 5,000.00 |
| **Total Maintenance** | 351,196.42 |
| **Payroll - Mechanics** | 531,715.55 |
| **Payroll - Pilots** | 604,160.90 |

3:25 PM
02/24/22
Accrual Basis

# Shoreline Aviation Inc
# Profit & Loss
### October 2017 through September 2018

|  | Oct '17 - Sep 18 |
|---|---:|
| **Pilot Expenses** |  |
|   Gratuity | 175.00 |
|   Housing/Hotels |  |
|     Utilities | 6,399.41 |
|     Housing/Hotels - Other | 64,082.14 |
|   **Total Housing/Hotels** | 70,481.55 |
|   Pilot Expense | 13,451.02 |
|   Transportation |  |
|     Airlines | 18,607.22 |
|     Rental Cars & Taxis | 6,173.12 |
|   **Total Transportation** | 24,780.34 |
|   Uniforms | 1,007.76 |
| **Total Pilot Expenses** | 109,895.67 |
| **Subcontractor Expense** | 138,200.00 |
| **Total COGS** | 3,646,824.92 |
| **Gross Profit** | 2,413,704.48 |
| **Expense** |  |
|   Advertising & Marketing Expense | 78,938.83 |
|   Aircraft Equipment & Supplies | 36,724.57 |
|   Amortization Expense | 1,991.00 |
|   Automobile Expense | 6,465.64 |
|   Bahamas Expenses |  |
|     Advertising | 2,318.75 |
|     Car Rental/Lease | 1,574.42 |
|     Gas/Tolls/Parking | 90.36 |
|     Hotel | 718.40 |
|     Office Supplies | 6.70 |
|     Parking Fees | 157.71 |
|     Pilot Expenses | 1,404.19 |
|     Telephone | 432.04 |
|     Utilities | 2,020.03 |
|   **Total Bahamas Expenses** | 8,722.60 |
|   Bank & Credit Card Fees | 89,860.93 |
|   Caribbean Expenses |  |
|     BVI Expenses |  |
|       Automobile Expenses | 1,554.22 |
|       Commissions | 2,460.00 |
|       Maintenance | 1,172.49 |
|       Property Tax | 596.04 |
|       Telephone | 2,217.92 |
|       Utilities | 2,936.29 |
|     **Total BVI Expenses** | 10,936.96 |
|     Condo - Unit - L4  Coakley Bay |  |
|       Condo Association Dues | 12,170.53 |
|     **Total Condo - Unit - L4  Coakley Bay** | 12,170.53 |
|   **Total Caribbean Expenses** | 23,107.49 |
|   Charitable Donations | 9,695.00 |
|   Computer Consulting | 60,000.00 |
|   Consulting Fees | 7,500.00 |
|   Contributions | 94.60 |
|   Depreciation Expense | 441,511.00 |
|   Drug Testing/PRIA | 4,139.20 |
|   Dues and Subscriptions | 32,109.86 |
|   Employee Activities | 8,155.29 |
|   Filing Fees | 250.00 |
|   Finance Charges/Late Fees | 1,679.69 |

# Shoreline Aviation Inc
## Profit & Loss
### October 2017 through September 2018

|  | Oct '17 - Sep 18 |
|---|---:|
| **Florida Expense** | |
|     Advertising | 1,187.42 |
|     Office | 83.74 |
|     Telephone | 41.89 |
| **Total Florida Expense** | 1,313.05 |
| **Hangar Equipment Supplies** | 4,191.49 |
| **Hangar/Tiedown** | |
|     Rent-Hangar & Office | 171,000.00 |
|     Tiedown | 5,075.06 |
|     Utilities | 21,813.76 |
| **Total Hangar/Tiedown** | 197,888.82 |
| **Insurance** | |
|     Auto | 15,100.00 |
|     Bond | 2,551.37 |
|     Liability Insurance | 430.00 |
|     Work Comp | 7,635.50 |
| **Total Insurance** | 25,716.87 |
| **Interest Expense** | |
|     Loan - Interest | 82,551.16 |
| **Total Interest Expense** | 82,551.16 |
| **Launch** | |
|     Co-Pilot | 3,500.00 |
|     Docking Fee | 2,700.00 |
|     Fuel | 3,856.42 |
|     Insurance | 1,685.00 |
|     Registration | 86.50 |
|     Subcontractor-Launch | 18,300.00 |
| **Total Launch** | 30,127.92 |
| **Lease - Audi** | 3,649.72 |
| **Licenses/Permits/Registrations** | 2,282.00 |
| **Maintenance Expense** | |
|     Travel - Airfare | 297.29 |
|     Travel - Auto Rental/Gas | 521.50 |
|     Travel - Meals | 99.77 |
|     Travel - Mileage | 129.05 |
|     Travel - Parking/Tolls | 31.90 |
| **Total Maintenance Expense** | 1,079.51 |
| **Office Expenses** | |
|     Computer Expense | 43,132.19 |
|     Office Rent | 12,000.00 |
|     Office Supplies | 12,338.03 |
|     Postage and Delivery | 1,301.89 |
|     Printing and Reproduction | 1,759.33 |
|     Office Expenses - Other | 0.00 |
| **Total Office Expenses** | 70,531.44 |
| **Payroll** | |
|     401K Expense/Safe Harbor match | 48,621.49 |
|     Advantage Fees | 4,918.01 |
|     Employee Benefits | 41,489.62 |
|     FUTA | 1,785.54 |
|     HSA Expense | 4,500.00 |
|     NYUI | 117.60 |
|     Office | 271,235.18 |
|     Owners | 335,500.00 |
|     SS/Medicare | 125,414.49 |
|     SUTA | 21,605.13 |
| **Total Payroll** | 855,187.06 |

Confidential Pursuant to Protective Order                    SAI007987

3:25 PM
02/24/22
Accrual Basis

# Shoreline Aviation Inc
## Profit & Loss
### October 2017 through September 2018

|  | Oct '17 - Sep 18 |
|---|---|
| **Professional Fees** |  |
|    Accounting | 15,605.00 |
|    ESOP Service | 58,565.00 |
|    Legal Fees | 12,180.00 |
| **Total Professional Fees** | 86,350.00 |
| **Repairs** |  |
|    Auto | 991.48 |
|    Building Repairs | 366.66 |
|    Equipment Repairs | 522.88 |
| **Total Repairs** | 1,881.02 |
| **Seabird Yachts** |  |
|    Docking/Mooring Expense | 840.00 |
|    Dues & Subscriptions | 204.00 |
|    Insurance | 0.00 |
| **Total Seabird Yachts** | 1,044.00 |
| **Storage** | 1,988.97 |
| **Taxes** |  |
|    Property | 4,470.49 |
|    State | 7,433.00 |
| **Total Taxes** | 11,903.49 |
| **Telephone** | 18,622.91 |
| **Trade Show** | 5,725.89 |
| **Training Expense** | 21,700.33 |
| **Travel & Ent** | 1,620.21 |
| **Total Expense** | 2,236,301.56 |
| **Net Ordinary Income** | 177,402.92 |
| **Other Income/Expense** |  |
|   **Other Income** |  |
|     Gain on sale of assets | -101,981.93 |
|     Interest Income | 7,964.79 |
|     Other Income | 24,305.00 |
|   **Total Other Income** | -69,712.14 |
| **Net Other Income** | -69,712.14 |
| **Net Income** | **107,690.78** |

Confidential Pursuant to Protective Order    SAI007988