# EXHIBIT 4

```
                                                           Page 1

 1
 2     UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
 3     -------------------------------------------X
       SHORELINE AVIATION, INC.,
 4
                                       PLAINTIFF,
 5
 6            -against-          Case No.:
                                 2:20-cv-02161
 7                               JMA-SIL
 8
       CYNTHIA L. HERBST, SOUND AIRCRAFT
 9     FLIGHT ENTERPRISES, INC., RYAN A. PILLA,
       BLADE URBAN AIR MOBILITY, INC. a/k/a
10     FLY BLADE, INC., MELISSA TOMKIEL and
       ROBERT S. WIESENTHAL,
11
                                       DEFENDANTS.
12     -------------------------------------------X
13                  DATE: March 14, 2022
14                  TIME: 10:00 A.M
15
16
17            DEPOSITION of MIKE MIGLIORE,
18     CAPE AIR, taken by the respective parties,
19     pursuant to a Court Order and to the
20     Federal Rules of Civil Procedure, held via
21     Veritext Virtual Services, before Edith
22     Tirado-Plaza, a Notary Public of the State
23     of New York.
24
25
```

Page 96

1              M. MIGLIORE
2       A.   Yes, it was the fall of 2018.
3   The final deal was late -- the LOI was
4   December five, 2018.
5       Q.   Did his untimely passing did
6   that affect Shoreline's business?
7       A.   I assume it did.  It clearly
8   affected our business.
9       Q.   How did it affect your
10  business?
11      A.   Well, one of the reasons we
12  were buying Shoreline was for John's
13  knowledge of the sea plane business and
14  clearly having an employment agreement we
15  wanted him to literally run that sea plane
16  business, the maintenance program, just to
17  oversee he it completely.  He had much more
18  experience than anybody at Cape Air had
19  here.
20      Q.   Are you aware of how
21  Shoreline's business performed after the
22  asset purchase?
23           MR. KRIEGSMAN:  Objection.
24      A.   I'm not sure how to answer that
25  because there really wasn't a Shoreline

Page 97

M. MIGLIORE

business going forward. When we -- we were dealing with all the employees. We were dealing with all the customers going forward so in all essence we were running the Shoreline business with help from John as an employee.

Q. Relative to the pre-transaction revenue generated by the business, did that go down following the merger?

A. Can you clarify?

Q. So, before the merger you did various financial projections from the value of Shoreline's business?

A. Before the closing of the deal?

Q. Correct. Before the closing of the deal you did various financial analysis of how Shoreline was doing; right?

A. Correct.

Q. You testified that after the deal you were basically or Cape Air was basically running the business; is that right?

A. That is correct. If you were to look at the contract it clearly says we

Page 98

1          M. MIGLIORE
2     were funding the business for two months
3     January and February.
4          Q.    How did the business perform
5     after the transaction relative to how it
6     performed before the transaction?
7          A.    Are you asking financially?
8          Q.    Yes.
9          A.    Financially it was about the
10    same.  It was, you know, typically losses
11    money in the first quarter and we knew it
12    was going to lose money in the first
13    quarter.
14         Q.    After those first two months,
15    were you still running the business, Cape
16    Air, or was Shoreline running itself?
17         A.    No, we were running the
18    business.
19         Q.    How did it continue to perform
20    after that initial period of time?
21         A.    Similar to previous years.
22         Q.    Now, you testified earlier
23    about the Boston to New York route and why
24    that was part of the thinking behind the
25    deal.  Do you recall that?

```
                                              Page 99
 1                  M. MIGLIORE
 2        A.    I do.
 3        Q.    Did that Boston to New York
 4   route come to fruition?
 5        A.    No, it never did.
 6        Q.    Did that impact the
 7   profitability of the sea plane business?
 8        A.    Yes, it did.
 9        Q.    Did COVID impact the
10   profitability of the sea plane business?
11        A.    No, we shut down the business
12   prior to COVID.  It was almost the same
13   exact time that we shut down the business.
14   I think we announced late February, early
15   March, to the employees that we were not
16   going forward with it.
17        Q.    Why did Cape Air shut down the
18   business?
19        A.    The main reason for buying
20   Shoreline and for doing the business plan
21   was the Boston to New York market.  There
22   were many approvals that we needed to get
23   in Boston Harbor and we were not able to
24   get those approvals and to run a viable
25   business.
```

Page 100

```
 1                  M. MIGLIORE
 2        Q.    But the business operations in
 3   terms of volume or profitability or amount
 4   of customers was the same after the
 5   transaction as before the transaction?
 6              MR. KRIEGSMAN:  Objection to
 7        form.
 8        A.    The amount of business that was
 9   generated prior to the deal versus after
10   the deal you're asking?
11        Q.    Yes.
12        A.    Yeah, in 2019 I think we did
13   roughly the same amount of revenue as they
14   did in previous years from just the I'll
15   say Shoreline business.
16        Q.    Were the costs roughly the same
17   after the transaction as before the
18   transaction?
19        A.    I think they grew but they were
20   roughly about the same.
21        Q.    In terms of profitability the
22   business was roughly a profitable after the
23   transaction as before the transaction?
24              MR. KRIEGSMAN:  Objection to
25        form?
```

```
                                          Page 101
 1              M. MIGLIORE
 2       A.    From the analysis we did the
 3   business wasn't profitable.
 4       Q.    Did that change from before the
 5   transaction to after the transaction?
 6       A.    No, it did not.
 7       Q.    What happened to the assets
 8   that Cape Air had?
 9       A.    Over 2019 -- no, over 2020 it
10   was early once we decided we started to
11   sell the assets.
12       Q.    Who did you sell the assets to?
13       A.    There were probably various but
14   there was one company that bought the
15   inventory and the aircrafts.  If you say it
16   I'll remember it.  I forgot right now who
17   it was.
18       Q.    Was it Fly the Whale?
19       A.    Yes, thank you.
20       Q.    Did you offer to sell the
21   business back to Miss Collingwood?
22       A.    I don't recall.  I don't think
23   so.
24       Q.    Do you recall what you got on
25   the assets of Shoreline after you sold it
```