# EXHIBIT 5

| | |
|---|---|
| **Message** | |
| From: | Cindy Herbst [cindy@soundaircraft.com] |
| Sent: | 5/22/2018 5:01:31 PM |
| To: | karoline@flyblade.com |
| Subject: | Fwd: Hamptons seaplane - Gordon Kroft |
| Attachments: | XeroxScan_05222018160903.PDF |

FYI

---------- Forwarded message ----------
From: **Courtney Sider** <courtney@insidernyc.com>
Date: Tue, May 22, 2018 at 4:19 PM
Subject: RE: Hamptons seaplane - Gordon Kroft
To: Cindy Herbst <cindy@soundaircraft.com>


Hi Cindy

Attached is a new card. I gave you mine. Can you please put $1221 on this card and the rest on the other card? Thank you


**COURTNEY SIDER**

 INSIDER

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc


From: Cindy Herbst <cindy@soundaircraft.com>
Sent: Monday, May 21, 2018 4:48 PM

To: Courtney Sider <courtney@insidernyc.com>
Subject: Re: Hamptons seaplane - Gordon Kroft


OK  Thank you!


On Mon, May 21, 2018 at 4:46 PM, Courtney Sider <courtney@insidernyc.com> wrote:

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

BLADE 0000377

Hi Cindy

Sorry for the details. I have asked the client for the updated card and will let you know asap. Thanks

**COURTNEY SIDER**

INSIDER

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

**From:** Cindy Herbst <cindy@soundaircraft.com>
**Sent:** Monday, May 21, 2018 4:41 PM
**To:** Courtney Sider <courtney@insidernyc.com>
**Subject:** Re: Hamptons seaplane - Gordon Kroft

Hi Courtney;

Just checking in on the credit card. As soon as we get the updated credit card information we can proceed with confirming the bookings.

Thank you,

Cindy

On Mon, May 21, 2018 at 11:58 AM, Courtney Sider <courtney@insidernyc.com> wrote:

> Apologies, I am checking now

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    BLADE 0000378

COURTNEY SIDER

 INSIDER

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

**From:** Cindy Herbst <cindy@soundaircraft.com>
**Sent:** Monday, May 21, 2018 11:57 AM
**To:** Courtney Sider <courtney@insidernyc.com>

**Subject:** Re: Hamptons seaplane - Gordon Kroft

The credit card for Jon Harris has been declined. Can you check it and provide a new one please?

Thank you!

On Mon, May 21, 2018 at 11:53 AM, Cindy Herbst <cindy@soundaircraft.com> wrote:

> Hi Courtney;
>
> You will be receiving your confirmation from Karoline shortly.
>
> Thank you!
> Cindy
>
> On Mon, May 21, 2018 at 11:28 AM, Courtney Sider <courtney@insidernyc.com> wrote:

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    BLADE 0000379

Hi Cindy

I just wanted to check in and see if this was confirmed? Thank you


COURTNEY SIDER

 INSIDER

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

---

**From:** Courtney Sider
**Sent:** Friday, May 18, 2018 3:42 PM
**To:** 'Cindy Herbst' <cindy@soundaircraft.com>; hunter@flyblade.com
**Subject:** RE: Hamptons seaplane - Gordon Kroft

Great thank you!


COURTNEY SIDER

 INSIDER

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

---

**From:** Cindy Herbst <cindy@soundaircraft.com>
**Sent:** Friday, May 18, 2018 3:40 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

BLADE 0000380

To: Courtney Sider <courtney@insidernyc.com>; hunter@flyblade.com
Subject: Re: Hamptons seaplane - Gordon Kroft

Thank you Courtney. We will take care of these reservations. There shouldn't be a problem charging two cards. If so, we will contact you.

Thanks so much! You should receive a confirmation for the flights very shortly.

Best,

Cindy

On Fri, May 18, 2018 at 3:24 PM, Courtney Sider <courtney@insidernyc.com> wrote:

Hi Cindy

Attached are two booking forms. The passengers name is Gordon Kroft and he would like to book the 3 dates below. Can we split the total amount of these 2 cards attached?

Amex 4005 - $1221

Amex 5007 – remaining balance

Please book the 7:30am flight out of East Hampton on these dates:

July 9

July 16

Aug 6th

Thank you,

COURTNEY SIDER

 INSIDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

BLADE 0000381

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

**From:** Courtney Sider
**Sent:** Thursday, May 17, 2018 3:41 PM
**To:** Cindy SAS <cindy@soundaircraft.com>
**Subject:** RE: Hamptons seaplane

Just to confirm , this went up from the $595 it was last year right?

**COURTNEY SIDER**

 INSIDER

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

**From:** Cindy SAS <cindy@soundaircraft.com>
**Sent:** Thursday, May 17, 2018 3:36 PM
**To:** Courtney Sider <courtney@insidernyc.com>
**Subject:** Re: Hamptons seaplane

$795 plus FET tax of 7.5% per seat

On May 17, 2018, at 3:26 PM, Courtney Sider <courtney@insidernyc.com> wrote:

> Hi Cindy

How much is just a single ride?

Thanks

**COURTNEY SIDER**

<image001.png>

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

**From:** Cindy Herbst <cindy@soundaircraft.com>
**Sent:** Wednesday, May 16, 2018 4:54 PM
**To:** Courtney Sider <courtney@insidernyc.com>
**Subject:** Re: Hamptons seaplane

Hi Courtney;

I'm sorry for the delay.  The 7am Monday flight picks up the Shelter Island passengers before the 7:30am flight out of East Hampton.  The flight departs Shelter Island, continues to East Hampton for passenger pick up and continues to 23rd St.

Please complete the attached seating for 2018 with your requested dates and times.

There is a 10-pack being offered for $6750.  Please let me know if you are interested.  This purchase can be charged to your credit card and any unused tickets can be carried over to next year.

Thank you,

Cindy

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

BLADE 0000383

On Wed, May 16, 2018 at 4:31 PM, Courtney Sider <courtney@insidernyc.com> wrote:

Hi Cindy – just following up on this. Please let me know. Thanks

COURTNEY SIDER

<image001.png>

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

---

**From:** Courtney Sider
**Sent:** Tuesday, May 15, 2018 2:01 PM
**To:** Cindy Herbst <cindy@soundaircraft.com>
**Subject:** RE: Hamptons seaplane

Hi Cindy

I received the Soundair email. I am a little confused about the Monday schedule for July though. What does it mean when it says 7am pickup before 7:30am nyc flight? He would like to book two of these dates

Mon July 9

Mon July 16

Mon Aug 6th

Mon Aug 13th

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

BLADE 0000384

July and August:

Thursdays and Fridays: 4:45pm (direct)

Sundays: 5:00pm (direct)

Mondays: 7:00am pick up before 7:30am NYC flight

**From:** Cindy Herbst <cindy@soundaircraft.com>
**Sent:** Wednesday, May 9, 2018 4:26 PM
**To:** Courtney Sider <courtney@insidernyc.com>
**Subject:** Re: Hamptons seaplane

Courtney,

Did you receive our summer information email yesterday? If not, let me know and I will forward.

Cindy

On Wed, May 9, 2018 at 2:20 PM, Courtney Sider <courtney@insidernyc.com> wrote:

> Hi Cindy
>
> I wanted to check in on this. please let me know. thank you
>
> **From:** Cindy SAS [mailto:cindy@soundaircraft.com]
> **Sent:** Monday, May 7, 2018 11:39 AM
> **To:** Courtney Sider <courtney@insidernyc.com>

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                   BLADE 0000385

**Cc:** maureen@soundaircraft.com
**Subject:** Re: Hamptons seaplane

Hi Courtney,

We are finalizing it as we speak and will be in touch with you! Thank you for your patience.

Cindy

On May 7, 2018, at 11:14 AM, Courtney Sider <courtney@insidernyc.com> wrote:

> Hi Cindy
>
> I wanted to check in on this. thanks so much
>
> **From:** Cindy SAS [mailto:cindy@soundaircraft.com]
> **Sent:** Thursday, May 3, 2018 4:51 PM
> **To:** Courtney Sider <courtney@insidernyc.com>
> **Cc:** maureen@soundaircraft.com
> **Subject:** Re: Hamptons seaplane
>
> Thank you Courtney. We will get back to you within the next couple of days.
>
> Cindy
>
> On May 3, 2018, at 4:44 PM, Courtney Sider <courtney@insidernyc.com> wrote:
>
>> Hi Maureen
>>
>> Hope all is well. I wanted to check available for a seaplane for the 7am or 7:30am Monday departure from East Hampton to NYC. Can you let me know the availability and pricing this year. Here are the dates he is interested in. thanks!

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    BLADE 0000386

July 9

July 16

Aug 6th

Aug 13th

**COURTNEY SIDER**

<image001.png>

T: 212.685.4113

courtney@insidernyc.com

www.insidernyc.com

24 hr: 800.840.1143 | 24@insidernyc.com

Follow us: @INsider_nyc

--

Cindy Herbst

Sound Aircraft Flight Enterprises, Inc.

631-537-2202 Ext 2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

BLADE 0000387

Cindy Herbst

Sound Aircraft Flight Enterprises, Inc.

631-537-2202 Ext 2

--

Cindy Herbst

Sound Aircraft Flight Enterprises, Inc.

631-537-2202 Ext 2

--

Cindy Herbst

Sound Aircraft Flight Enterprises, Inc.

631-537-2202 Ext 2

--

Cindy Herbst

Sound Aircraft Flight Enterprises, Inc.

631-537-2202 Ext 2

--

Cindy Herbst

Sound Aircraft Flight Enterprises, Inc.

631-537-2202 Ext 2

--

Cindy Herbst

Sound Aircraft Flight Enterprises, Inc.

631-537-2202 Ext 2

--

Cindy Herbst
Sound Aircraft Flight Enterprises, Inc.
631-537-2202 Ext 2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER