# EXHIBIT 6

**From:** Cindy SAS cindy@soundaircraft.com
**Subject:** Re: Seaplane Service to HTO (EH)
**Date:** May 4, 2018 at 9:10 AM
**To:** Bruce Polsky bruce.polsky@gmail.com
**Cc:** Catharine Grimes catharine.grimes@gmail.com, Maureen Quigley maureen@soundaircraft.com

As soon as you get the info you may submit your request.

On May 4, 2018, at 8:43 AM, Bruce Polsky <bruce.polsky@gmail.com> wrote:

> Great, thank you so much! When will you begin accepting bookings?
>
> On Fri, May 4, 2018 at 8:00 AM Cindy SAS <cindy@soundaircraft.com> wrote:
>> Hello,
>> You will be receiving information within the next few days!
>>
>> Thank you for checking in.
>>
>> Cindy
>>
>> > On May 4, 2018, at 7:54 AM, Bruce Polsky <bruce.polsky@gmail.com> wrote:
>> >
>> > Hello Ladies:
>> >
>> > Are you accepting reservations for your scheduled seaplane service between NYC and East Hampton for the 2018 season? My wife, Catharine Grimes, and I have not received the usual guaranteed reservation form and schedule for 2018. Usually, we receive it in April -- so we are just checking in with you.
>> > 
>> > Thank you and we are looking forward to flying with you again this year.
>> >
>> > Best,
>> >
>> > Bruce Polsky
>> > (917) 853-9288

CONFIDENTIAL                                                                                                     SAFE00003475