# EXHIBIT 12

List from Manifests

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allen, Robert | Beckman, William | Chemtob, Nancy | Davis, Cary | Eichner, Bruce | Fanelli, Alissa | Gary, Hunter | Hallock, Sarrah | Isham, Ralph | Jacobs, Kenneth | Kleinman, Ira | Lefcourt, Jeffrey | Mechanic, Jonathan |
| Austern, Phillip | Boss, Rebbecca | Conzelman, Jim | DiDomenico, David | Edelman, Scott | Fiszel, David | Goldmacher, Neil | Hall, Joseph | Iovino, Thomas | Johnson, James | Koenigsberg, Jessica | Levin, Adam | McCaffrey, Paul |
| Alli, Waheed | Bernstein, Seth | Croman, Harriet | Dickstein, Kim | Ebers, Richard | Forbes, James | Gallus, Jason | Hart, Jaime | Istel, Yves-Andre | Jagannath, Ram | Klein, Jonathan | Leibman, Doris | Mack, Earl |
| Adrangi, Sahm | Bourkoff, Aryeh | Crowley, Tim | DeMare, Jim | Eisen, Lisabeth | Furhman, Glenn | Glimcher, Milly | Henry, Thomas | | Jay, Roy | Kleinberg, David | Lloyd, Doug | McKeever, Jim |
| Aarons, Philip | Blumkin, Daniel | Connolly, Bill | Dooley, James | Embs, Kendall | Freed, Adam | Gimelstob, Russell | Harmon, James | | | Kim, Bruce | Lefkowitz, Matthew | Moulton, Spencer |
| Abbate, Michael | Boas, Rebbeca | Crocker, Elaine | Denahan, Wellington | Emery, Hiram | Frank, Paul | Gallo, David | Harmon, Douglas | | | Kehrberg, Kristin | Leat, Chad | Marc, Robert |
| Altchek, David | Berg, John | Campbell, William | Dokos, Daniel | Eisenstadt, Steven | Foley, Bill | Grinberg, Efraim | Hershberger, Joseph | | | Koppelman, Charles | Lea, Linda | Maier, Tomas |
| Adler, Eli | Baker, Julian | Conard, Ed | Dickstein, Kim | Eisler, Edward | Franco, Michael | Goldman, Jane | Herman, Michael | | | Kabaker, Matthew | Lindeman, Adam | Martindale, Wight |
| Anderson, Christian | Brown, Lance | Cairns, Alistair | Downey, Jonathan | Effron, Caryn | Feuerstein, Eric | Greene, Sam | Hakki, Adam | | | Kwait, Brian | Lauder, Jane | Max, Adam |
| Abularage, John | Birrittella, Buffy | Corleto, David | Dwek, Edward | Ehrenkranz, John | Fisher, Alan | Goldberger, Jeffrey | Harmon, Deborah | | | Kasbar, Michael | Lentz, Matt | Macklowe, Billy |
| Azari, Sara | Beers, Jeffrey | Coffey, Kelly | Daly DiBiasi, Page | Frankfort, Lew | Green, Mitchell | Harris, Mark | | | Kornblum, Samuel | | Meghji, Nadeem |
| Alexander, Tal | Baron, Fabien | Caracciola, Tom | Decelles, Daniel | Ehrlich, Justin | Federbush, Benjamin | Gay, Faith | Hecker, Alexander | | | Karan, Donna | Lyon, Peter | Mishaan, Richard |
| Alper, Scott | Barth, Brett | Chestman, Scott | Dufresne, Caroline | Edwards, William | Freeman, Heath | Gerstenhaber, David | Harris, Blythe | | | Kiratsous, Stephan | Liebman, Jason | Maier, Tomas |
| Aronson, Jeffrey | Baronoff, Kenneth | Cohen, Robert | DuGan, Gordon | | Fox, Andrew | Golden, Daniel | Hoornweg, Roberto | | | Kanner, Jason | Levin, James | Meringoff, Stephen |
| Ailey, Matthew | Berliner, Kenneth | Carter, Christy | Derrough, William | | Feld, Peter | Goldman, James | Henritze, Tyler | | | Kagan, Peter | Levine, Joshua | Miller, Ken |
| | Birch, Marco | Colson, Robert | Dangelo, Michael | | Frank, Brian | Gerson, Rick | Harrington, Leigh | | | Khalique, Famid | Laird, Trey | Massaumi, Cyrus |
| | Birnbaum, Sheila | Cheverie, David | Dolce, Michael | | Ferguson, Scott | Green, Steven | Harris, Mark | | | Kahn, Fazeel | Lowenberg, Terrence | Mayer, Tobias |
| | Baxter, Scott | Corzine, John | Davies, James | | Foster, Lynn | Greenberg, Jeff | Hirschfeld, Jeffrey | | | Kimball, Jesse | Liang, Edward | Mahmouzian, Wendy |
| | Berley, Linda | Cornell, Henry | Dolman, Edward James | | Friebel, Robert | Greene, Charles | Hughes, John Cameron | | | Khimji, Mahmood | Levin, Joey | Mondre, Greg |
| | Bliman, Joseph | Coles, Richard | | | Foley, Bill | Gordon, Scott | Hart, Kenneth | | | Klinghoffer, Chad | Laufer, Leonard | Mosztowski, Neal |
| | Behar, Ian | Cook, Ryan | | | Fascitelli, Nicholas | Gunderson, Kevin | | | | Knopman, Matt | Lombardi, Gian | Magid, Kevin |
| | Belsher, Geoff | Coulson, Robert | | | Ford, Harold | Gormley, Richard | | | | Kroft, Gordon | Levy, Anton | McCartney, Daniel |
| | Bodner, Eric | Cowen, Scott | | | Florence, Anthony | Greenwald, Julie | | | | | Lebovitz, Scott | Mendal, Steven |
| | Barr, Micahel | Cole, Eric | | | Faurot, Shawn | Givens, Susan | | | | | Lousada, Max | McMaster, Mark |
| | Binn, Jason | Cooper, Nicole | | | Ford, Katie | Gerety, Kevin | | | | | Lowrey, Jessica | Miller, Adam |
| | Behler, Albert | Carlston, Thane | | | Flanigan, Brigid | Grimes, Catherine | | | | | Liceaga, Christina | Meagher, Michael |
| | Boyd, Jeff | Cohen, Michael | | | | Gachot, John | | | | | Lewin, Robert | Mahoney, Sean |
| | Berger, Gideon | Cornick, Kenneth | | | | | | | | | Lockwood, Keith | Michael, Humphries |
| | Bynum, Frank | Caronia, Ignazio | | | | | | | | | Ludwig, David | Macklowe, Linda |
| | Baker, Felix | Clark, Christopher | | | | | | | | | | Moore, John D. |
| | Bearman, Jonathan | Cook, Rick | | | | | | | | | | Moody, Richard |
| | Berman, James | Christiansen, Richard | | | | | | | | | | Michaels, Lorne |
| | Berger, Daniel | Champon, Jean Baptiste | | | | | | | | | | Madhany, Qahir |
| | Brady, Patrick | Casesa, John | | | | | | | | | | |
| | Benacerraf, Ari | Curl, Lindsay | | | | | | | | | | |
| | | Crowell, Wyatt | | | | | | | | | | |

Manifest List

| N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Neidich, Daniel | Osborne, Tom | Price, Eric | | Rosenblatt, Sam | Shanstrom, Steven | Troubh, John | | Varadhan, Margaret | Weisberg, Michael | | | Zwirner, David |
| Nye, Gilbert | O'Hara, Timothy | Preist, William | | Rose, Joseph | Shay, Dewey | Tessler, Lenard | | Vitale, Mario | Weitz, David | | | Zinterhofer, Eric |
| Nievera, Mario | Oram, Kevin | Patel, Mihir | | Roberts, Andy | Sandell, Thomas | Taylor, Ryan | | Vahabzadeh, Soly | Walsh, Jennifer | | | Zaro, Lois |
| Najar, Joseph | Ouderkirk, Matthew | Pullen, Gordon | | Rosenkrantz, Robert | Safra, Edmond | Tahari, Elie | | Vella, Zachary | Wray, Charlotte | | | Zelnick, Strauss |
| Newlove, Lucy | Osbourne, Tom | Pizena, Richard | | Redluse, Jason | Shoemake, Steven | Troussdale, John | | Vanderwilt, Damien | Weintraub, Barry | | | Zaks, Emma |
| Nussbaum, Andrew | Ojito, Jacob | Phillips, Michael | | Riley, Nick | Sidiharo, Boaz | Tiedemann, Michael | | Volling, Lisa | Weiss, Diana | | | |
| Newhouse, Sam | Oh, Ann | Parkoff, Richard | | Regan, Michael | Snyder, Orin | Tobin, William | | Van Der Stop, Sophie | Wrubel, Barbara | | | |
| Navab, Alex | Olesky, Lee | Preston, Andrew | | Rosenfield, James | Sasson, Ryan | Topper, David | | Vogel, Andrew | Winter, Benjamin | | | |
| Nosenko, Sergii | | Polisky, Bruce | | Rutter, Erik | | Tanriover, Atinch | | Von Der Ahe, Peter | Wagner, Thomas | | | |
| Nguyen, Anna | | Pruzan, Robert | | Rozen, Michael | Sackler, Moritimer | Thelen, Chris | | Van Leeuwen, Kwame | White, Paul | | | |
| | | Parr, Stuart | | Reiss, Richard | Schiller, Jonathon | Tablada, Marco | | Vaske, John | Wider, Jedd | | | |
| | | Parker, Ralph | | Ross, Clifford | Shuldt, Michael | Tannenholtz, Michael | | Van Praag, Miranda | Wurtz, Amanda | | | |
| | | Patrick, Thomas | | Reinhart, Samuel | Simard, Francois | | | Volpert, Barry | Weill, Alex | | | |
| | | Philbrick, Hunter | | Rotter, Michael | Stark, Helene | | | | Walter, Basel | | | |
| | | Palumbo, Mario | | Ryan, Tim | Stark, Norman | | | | Willis, Madelyn | | | |
| | | Peck, Andrew | | Resnick, Joshua | Slattin, Harry | | | | Wechsler, Amy | | | |
| | | Papas, Constantine | | Right, Andrew | Solomon, Peter | | | | Wolf, Matthew | | | |
| | | Petzel, Friedrich | | Rosenthal, Ian | Seymour, Karen | | | | Waxman, Spencer | | | |
| | | | | Roth, Evan | Stegich, Eric | | | | Wilpon, Bruce | | | |
| | | | | Rand, Michael | Slattin, Harry | | | | | | | |
| | | | | Rose, Isabel | Sirota, Michael | | | | | | | |
| | | | | Rosenberg, Ralph | Stolz, Jim | | | | | | | |
| | | | | Reinsberg, John | Shoshany, Steven | | | | | | | |
| | | | | Rubinstein, Ethel | Smith, Derek | | | | | | | |
| | | | | Rudin, Eric | Snyder, Jay | | | | | | | |
| | | | | Richman, Darren | Shaw, Patrick | | | | | | | |
| | | | | | Schwartz, David | | | | | | | |
| | | | | | Schlosstein, Ralph | | | | | | | |
| | | | | | Starr, Darren | | | | | | | |
| | | | | | Sharir, Robert | | | | | | | |
| | | | | | Shea, Brain | | | | | | | |
| | | | | | Smith, Tyrone | | | | | | | |
| | | | | | Steinberg, John | | | | | | | |
| | | | | | Slack, Claudia | | | | | | | |
| | | | | | Sobel, Jonathan | | | | | | | |
| | | | | | Seiter, Darren | | | | | | | |
| | | | | | Spohler, Bruce | | | | | | | |
| | | | | | Safdie, Helene | | | | | | | |
| | | | | | Sax, Ben | | | | | | | |
| | | | | | Snyder, Andrew | | | | | | | |
| | | | | | Simonton, Charles | | | | | | | |
| | | | | | Stern, Herbert | | | | | | | |
| | | | | | Saltzman, Paul | | | | | | | |
| | | | | | Siegal, Peggy | | | | | | | |
| | | | | | Steffa, Joseph | | | | | | | |
| | | | | | Senor, Daniel | | | | | | | |
| | | | | | Singh, Vinayak | | | | | | | |
| | | | | | Stringer, Rob | | | | | | | |
| | | | | | Slattery, Guy | | | | | | | |
| | | | | | Shaoul, Benjamin | | | | | | | |
| | | | | | Sutton, Henry | | | | | | | |
| | | | | | Simpson, Richard | | | | | | | |
| | | | | | Schottenfeld, Richard | | | | | | | |
| | | | | | Scherr, Stephen | | | | | | | |
| | | | | | Scanlon, Olivia | | | | | | | |