# EXHIBIT 13

Shoreline Customers Appearing in SAFE00000434-70

1. Michael Abbate
2. Sahm Adrangi
3. Robert Allen
4. Scott Alper
5. Jeffrey Aronson
6. Phillip Austern
7. Daniel Bartfeld
8. Scott Baxter
9. Bruce Beal
10. Jeffrey Beers
11. Albert Behler
12. Geoff Belsher
13. William Berkman
14. James Berman
15. Joseph Bilman
16. Buffy Birrittella
17. Brian Brille
18. Lance Brown
19. Thane Carlston
20. Nancy Chemtob
21. Dev Chodry
22. Kelly Coffey
23. Todd Cohen
24. Richard Coles
25. Edward Conard
26. William Connolly
27. Rick Cook
28. Henry Cornell
29. Jon Corzine
30. Cary Davis
31. Paige Daly DeBlasi
32. Daniel Decelles
33. James DeMare
34. Kim Dickstein
35. David DiDomenico
36. William Edwards
37. John Ehrenkranz
38. Ian Bruce Eichner
39. Jason Epstein
40. Michael Fascitelli
41. Nicholas Fascitelli
42. Shawn Faurot
43. Benjamin Federbush
44. Peter Feld

45. Scott Ferguson
46. Eric Feuerstein
47. Glenn Finn
48. Alan Fisher
49. David Fiszel
50. Brigid Flanagan
51. David Ford
52. Harold Ford
53. Andrew Fox
54. Brian Frank
55. Paul Frank
56. Heath Freeman
57. Robert Friebel
58. Glenn Fuhrman
59. John Gachot
60. Hunter Gary
61. Rick Gerson
62. Russell Gimelstob
63. Susan Givens
64. Mildred Glimcher
65. Jeffrey Goldberger
66. Daniel Golden
67. Jane Goldman
68. Mitchell Green
69. Sam Greene
70. Julie Greenwald
71. Efraim Grinberg
72. Desiree Gruber
73. Adam Hakki
74. Joseph Hall
75. Douglas Harmon
76. Thomas Henry
77. Michael Herman
78. Jeffrey Hirschfeld
79. John Cameron Hughes
80. Brett Icahn
81. Peter Kagan
82. Fazeel Khan
83. Jonathan Klein
84. David Kleinberg
85. Ira Kleinman
86. David Korostoff
87. Delphine Krakoff
88. Trey Laird
89. Mathew Lefkowitz
90. Matthew Lentz

91. Adam Levin
92. Anton Levy
93. Robert Lewin
94. Christina Liceaga
95. Doris Liebman
96. Jason Liebman
97. Marc Lipschultz
98. William Macklowe
99. Sean Mahoney
100.     Cyrus Massoumi
101.     Michael Meagher
102.     Jonathan Mechanic
103.     Tobias Meyer
104.     Neal Moszkowski
105.     Jason Mudrick
106.     Daniel Neidich
107.     Jonathan Neidich
108.     Andrew Nussbam
109.     Timothy O'Hara
110.     Kevin Oram
111.     Matthew Ouderkirk
112.     Richard Parkoff
113.     Stuart Parr
114.     Kristy Patel
115.     Michael Phillips
116.     Eric Price
117.     William Priest
118.     Michael Rand
119.     Samuel Reinhart
120.     Richard Reiss
121.     Andrew Right
122.     Isabel Rose
123.     Ralph Rosenberg
124.     Samuel Rosenblatt
125.     Ian Rosenthal
126.     Alex Rosner
127.     Clifford Ross
128.     Mortimer Sackler
129.     Edmond Safra
130.     Paul Saltzman
131.     Thomas Sandell
132.     Jonathan Schiller
133.     Richard Schottenfeld
134.     David Schwarz
135.     Darren Seirer
136.     Steven Shanstrom

137.    Patrick Shaw
138.    Steven Shoemate
139.    Charles Simonton
140.    Vinayak Singh
141.    Michael Sirota
142.    Guy Slattery
143.    Peter Solomon
144.    Orin Snyder
145.    Jonathan Sobel
146.    Erich Stegich
147.    Rob Stringer
148.    Henry Sutton
149.    Marco Tablada
150.    Elie Tahari
151.    Ryan Taylor
152.    Fern Tessler
153.    Soly Vahabzadeh
154.    Mario Vitale
155.    Andrew Vogel
156.    Peter Von Der Ahe
157.    Jennifer Walsh
158.    Spencer Waxman
159.    David Weitz
160.    David Zwirner