UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHORELINE AVIATION, INC.,
                              *Plaintiff*,

      - vs -

                                            ORDER OF DISCONTINUANCE

SOUND AIRCRAFT FLIGHT ENTERPRISES, INC.,
RYAN A. PILLA, and CYNTHIA HERBST,          2:20-cv-02161 (DC) (SIL)
                             *Defendants.*     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        It having been reported to this Court that the above entitled action has been settled, **IT IS HEREBY ORDERED,** on consent of the parties, that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not finalized **within 30 days** of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

        The Clerk of the Court shall close this case.

        SO ORDERED.

Dated:      New York, New York
              December 5, 2025

                                                              DENNY CHIN
                                                              United States Circuit Judge
                                                              Sitting by Designation